Application GRANTED IN PART.  The initial pretrial conference, scheduled for May 21, 2020, is ADJOURNED to May 28, 2020, at 10:40 a.m.  The parties shall file the joint letter and proposed case management plan and scheduling order by May 21, 2020.

Defendants shall file any pre-motion letter regarding the proposed motions to dismiss and to strike by May 15, 2020, and such pre-motion letter shall stay Defendants' deadline to file an answer or otherwise respond to Plaintiff's Complaint pending further Court Order.  Plaintiff shall file a letter response by May 22, 2020.  The proposed motions will be discussed at the initial pretrial conference.

Dated: April 23, 2020
   New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

<u>VIA ECF FILING ONLY</u>

Lorna G. Schofield, U.S.D.J.
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

Re:  Powers v. Memorial Sloan Kettering Cancer Center, et al.
     Docket No.    :                      1:20-cv-02625
     <u>KBR File No.  :                           942.285</u>

Dear Hon. Judge Schofield:

This office represents the defendants, Constantinos Sofocleous, M.D. s/h/a Constantinos Sofocleous, and Memorial Hospital for Cancer and Allied Diseases s/h/a Memorial Sloan Kettering Cancer Center, in the above referenced matter.  We submit this letter motion requesting an adjournment of the Initial Pre-Trial Conference

This adjournment is respectfully requested because the defendants intend on filing a motion to dismiss in lieu of an answer pursuant to FRCP 12(b)(6), as well as a motion to strike pursuant to FRCP 12(f), which motions are due <u>May 26, 2020</u>.  Defendants will be filing a pre-motion letter with the Court pursuant to Your Honor's Individual Rules by <u>May 15, 2020</u>.

In accordance with Your Honor's Individual Rules we set forth the following:

1) <u>Original Date</u>: May 21, 2020 at 10:40 a.m.
   <u>New Date Requested</u>: June 25, 2020 at time specified by the Court.

2) <u>Number of Prior Requests</u>: None.

3) <u>Whether Prior Requests Granted or Denied</u>: Not applicable.

4) <u>Whether Adversary Consents</u>: Yes.

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA

6398967

Powers v. Memorial, et al.
Docket No.: 1:20-cv-02625
Page 2 of 2

Based on the foregoing, we respectfully request an adjournment of the Initial Pre-Trial Conference to June 25, 2020. We appreciate your time and consideration to this request.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

/s/ Betsy D. Baydala

Betsy D. Baydala

cc:     via ECF filing

        Hendler Flores Law, PLLC
        1301 West 25th Street, Suite 400
        Austin, Texas 78705
        Telephone: (512) 439-3202
        Fax: (512) 439-3201
        shendler@hendlerlaw.com
        rwebber@hendlerlaw.com

KAUFMAN BORGEEST & RYAN LLP

2

6398967