UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
SCOTT POWERS,                             :
                                Plaintiff,        :
                                                          :        20 Civ. 2625 (LGS)
 -against-                                  :
                                                          :              <u>ORDER</u>
MEMORIAL SLOAN KETTERING CANCER   :
CENTER, et al.,                       :
                                Defendants.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an initial pretrial conference was held on May 28, 2020. As discussed at conference, it is hereby

       **ORDERED** that, by **June 18, 2020**, Defendants shall answer the complaint. It is further

       **ORDERED** that, with respect to the dispute regarding the location of Plaintiff's deposition, Plaintiff's deposition may proceed by video conference. It is further

       **ORDERED** that, by **June 4, 2020**, the parties shall file a joint letter apprising the Court of the anticipated order of depositions, any remaining disputes and the parties' respective positions. It is further

       **ORDERED** that, with respect to the dispute regarding Plaintiff's request for the make and model of the electronic medical record (EMR) software used by Defendants to record Ms. Zak's consent to the ablation procedure and the metadata of that particular EMR, the Court will allow discovery of this information and metadata. A case management plan and scheduling order will issue separately.

       The Clerk of Court is respectfully requested to close the motion at Dkt. No. 24.

Dated: May 28, 2020
       New York, New York

                                                            **LORNA G. SCHOFIELD**
                                                            **UNITED STATES DISTRICT JUDGE**