```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SCOTT POWERS,                                               :
                              Plaintiff,                    :
                                                            :       20 Civ. 2625 (LGS)
-against-                                                   :
                                                            :            ORDER
MEMORIAL SLOAN KETTERING CANCER                             :
CENTER, et al.,                                             :
                              Defendants.                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 4, 2020, the parties filed a joint letter to apprise the Court of the anticipated order of depositions, any remaining disputes and the parties' respective positions. It is hereby

**ORDERED** that Plaintiff is limited to ten depositions, without prejudice to seeking to depose additional witnesses pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i) following appropriate discovery and identification of any such individuals. It is further

**ORDERED** that, by **June 22, 2020**, Defendants shall produce the make and model of the EMR software and the metadata of the consent record at issue. It is further

**ORDERED** that, by **July 1, 2020**, Plaintiff shall provide to Defendants HIPAA-compliant authorizations to speak with the treating physicians. It is further

**ORDERED** that depositions shall begin following service of the parties' responses to interrogatories. Such service shall be expedited to ensure adequate time for depositions. The parties shall meet and confer and, by **June 19, 2020**, file a status letter providing the Court the agreed-upon expedited deadline by which service of the interrogatory response shall be complete. It is further

**ORDERED** that party depositions shall occur in the following order: (1) Plaintiff, (2) Defendant MSK 30(b)(6) Part I: EMR Software and search for records, (3) Dr. Sofocleous, (4)

Defendant MSK 30(b)(6) Part II: hospital policies and substance of records.  Non-party depositions shall occur pursuant to the non-party's availability, at any time following service of the interrogatory responses.  The parties may agree to modify this timeline or the sequence of depositions at any time.

Dated: June 9, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE