UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    SCOTT POWERS,

                      Plaintiff,

                                    20 Civ. 2625 (LGS)

    -against-

                                    ORDER

    MEMORIAL SLOAN KETTERING CANCER
    CENTER, et al.,

                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on November 9, 2020, the Court issued an Order of Reference to a Magistrate Judge, referring to Judge Fox, any disputes related to the deposition scheduled for November 9, 2020. Dkt. No. 101. It is hereby

        **ORDERED** that the Order of Reference to a Magistrate Judge at Docket No. 101 is **CLOSED**. It is further

        **ORDERED** that, by **November 20, 2020**, the parties shall jointly file a letter apprising the Court of the status of fact discovery.

Dated: November 17, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE