

December 11, 2020

VIA ECF FILING ONLY
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

    **Re:**    *Powers v. Memorial Sloan Kettering Cancer Center*, et al. Docket No. 1:20-cv-02625: Plaintiff and Ethicon's Joint Letter on Status of Discovery Dispute

Dear Judge Schofield:

Pursuant to this Court's December 4, 2020 order (Doc. 142), Plaintiff and Third-Party Ethicon, Inc. file this joint letter to advise Your Honor that they have reached on agreement to resolve the discovery issues between them. The pre-motion conference on December 17, 2020 is no longer required.

                                          Respectfully submitted,

| /s/ Scott Hendler | /s/ Louis M. Russo |
|---|---|
| Scott Hendler | John D. Winter, Esq. |
| Hendler Flores Law, PLLC | Louis M. Russo, Esq. |
| | Patterson Belknap Webb & Tyler LLP |
| Counsel for Plaintiff | 1133 Avenue of the Americas |
| | New York, NY 10036 |
| | T: 212-336-2000 |
| | E: jwinter@pbwt.com / lmrusso@pbwt.com |
| | |
| | Attorneys for Third-Party Ethicon, Inc. |

The pre-motion conference scheduled for December 17, 2020, (Dkt. No. 142) is **CANCELLED**.  By **December 16, 2020**, Plaintiff shall serve a copy of this Order on third-party Ethicon, Inc.  The Clerk of Court is respectfully directed to close the motions at Docket Nos. 111, 118 and 134.

**So Ordered.**

Dated: December 15, 2020
      New York, New York

                                                          LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE