

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

December 21, 2020

The application is **GRANTED**.  Because Plaintiff bears the burden of proof and Defendants' experts may rebut testimony Plaintiff's experts provide during a deposition, the parties shall reschedule the depositions of Defendants' expert witnesses to dates after the deposition of Dr. Davidson.

<u>VIA ECF FILING ONLY</u>
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

Dated: December 22, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   Powers v. Memorial Sloan Kettering Cancer Center, et al.
      Docket No.    :                    1:20-cv-02625

Dear Judge Schofield:

In accordance with the Court's Order (Doc. 154), on December 18, 2020, Defendants notified Plaintiff that Defendants' experts' depositions will be re-scheduled to dates after February 10, 2021, unless Dr. Davidson could be made available for his deposition by January 10, 2021 (or any other date prior to the start of defendants' depositions). Notwithstanding the Court's Order, Plaintiff responded that this was unacceptable and refused to schedule depositions of Plaintiff's Expert Dr. Davidson prior to Defendants' experts, and indicated he required Court intervention before he would agree to do so. (**Exhibit "A"**).

In granting an extension of expert discovery to February 28, 2021, the Court's Order endorsed the following:

> Expert discovery is extended to allow for the deposition of plaintiff's expert, Dr. Davidson, to be held on February 10, 2021 or any date prior to the first defense expert deposition.  The Court recognizes that the pandemic has caused difficulties for healthcare providers, such that expert discovery is extended to February 28, 2021 to allow for defendants' experts to be deposed after Dr. Davidson.  (Doc. 154).

Defendants' respectfully seek the Court's guidance to resolve this issue, and prevent Plaintiff from apparently claiming some special treatment for Dr. Davidson.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

/s/ Betsy D. Baydala

Betsy D. Baydala

NEW YORK                    NEW JERSEY                    CONNECTICUT                    CALIFORNIA

6961681

Powers v. Memorial, et al.
Docket No.: 1:20-cv-02625
Page 2 of 2


cc:     <u>via ECF filing</u>

        Hendler Flores Law, PLLC
        1301 West 25th Street, Suite 400
        Austin, Texas 78705
        <u>shendler@hendlerlaw.com</u>
        <u>rwebber@hendlerlaw.com</u>
        <u>lgoettsche@hendlerlaw.com</u>

# Exhibit
# "A"

**Betsy D. Baydala**

---

| | |
|---|---|
| **From:** | Scott Hendler <shendler@hendlerlaw.com> |
| **Sent:** | Friday, December 18, 2020 8:20 PM |
| **To:** | Betsy D. Baydala |
| **Cc:** | Rebecca Webber; Laura Goettsche; Amanda Rosenfeld; Lakyn Segovia |
| **Subject:** | Re: Powers (Zak) v. MSK - Expert Depositions |

That's unacceptable. The Court did not rule that all Plaintiff's witnesses must testify before any defense witness. Your witnesses have been noticed for deposition and you have no authority to unilaterally cancel and reschedule them. We intend to proceed as noticed.

**Scott Hendler**


CEO and Managing Partner

**Hendler Flores Law, PLLC**
1301 West 25th Street, Suite 400
Austin, Texas 78705
Tel: 512-439-3202 | Fax: 512-439-3201 | Mobile: 512-658-1938
shendler@hendlerlaw.com
www.hendlerlaw.com



This message is intended only for the use of the addressee and may contain information that is **PRIVILEGED** and **CONFIDENTIAL**, and/or may contain **ATTORNEY WORK PRODUCT**. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of the message and its attachments, if any, destroy any hard copies you may have created, and notify us immediately. Thank you.

Sent from my iPhone so please excuse errors and typos from autocorrect (and clumsy thumbs).


On Dec 18, 2020, at 5:16 PM, Betsy D. Baydala <bbaydala@kbrlaw.com> wrote:

      Counselors,

In accordance with the Court's Order from today (Doc. 154), we will be re-scheduling Defendants' expert depositions of Drs. Bernstein, Fischman, Goldberg, and Rubinson to dates after February 10, 2021.

If Dr. Davison is available to be deposed on or before January 10, 2021 please advise as soon as possible.  Thank you.

Regards,
Betsy

Betsy D. Baydala   I   **KAUFMAN BORGEEST & RYAN LLP**
120 Broadway   I   New York, NY 10271
direct: 212.994.6538   I   fax: 212.980.9291
vcard   I   email   I   website

**Kaufman Borgeest & Ryan LLP requests electronic mail service for all documents. Please e-serve all legal correspondence, motions, discovery, and pleadings, in addition to any other service required by court rules. Thank you.**

This electronic message contains information that may be privileged, confidential or otherwise protected from disclosure. The information contained herein is intended for the addressee only. If you are not the addressee, any disclosure, copying, distribution or use of the contents of this message (including any attachments) is prohibited. If you have received this electronic message in error, please notify the sender immediately and destroy the original message and all copies.

<Doc. 154_Court's Order Granting Expert Extension 12.18.20.pdf>