UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  :
SCOTT POWERS,  :
                      Plaintiff,  :
  :      20 Civ. 2625 (LGS)
-against-  :
  :      <u>ORDER</u>
MEMORIAL SLOAN KETTERING CANCER  :
CENTER, et al.,  :
                   Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 2, 2021, Defendants filed a pre-motion letter seeking to preclude Plaintiff from retaining an expert to replace Dr. Davidson. Dkt. No. 184.

WHEREAS, on March 5, 2021, Plaintiff filed a responsive letter stating that he has been unable to retain an expert to replace Dr. Davidson and, therefore, does not anticipate seeking leave to do so. Dkt. No. 186. It is hereby

**ORDERED** that Defendants' request is **DENIED as moot**. Pursuant to the Third Amended Civil Case Management Plan and Scheduling Order, the parties shall complete expert discovery by April 11, 2021. Dkt. No. 183.

The Clerk of Court is respectfully directed to close the motions at Docket Nos. 184 and 186.

Dated: March 8, 2021
       New York, New York

                                                 LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE