```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SCOTT POWERS, *individually, as Representative*               :
*of the Estate of Erika Zak*,                                 :
                                      Plaintiff,              :     20 Civ. 2625 (LGS)
                                                              :
                    -against-                                 :     ORDER
                                                              :
MEMORIAL SLOAN KETTERING CANCER                               :
CENTER, et al.,                                               :
                                      Defendants.             :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference is scheduled for May 13, 2021, at 10:40 a.m. Dkt. No. 189. It is hereby

**ORDERED** that the pre-motion conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: May 11, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**