UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                 :
SCOTT POWERS, *individually, as Representative* :
*of the Estate of Erika Zak*, :
                               Plaintiff, :         20 Civ. 2625 (LGS)
                                                 :
                       -against- :         <u>ORDER</u>
                                                 :
MEMORIAL SLOAN KETTERING CANCER :
CENTER, et al., :
                               Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a pre-motion conference was held on May 13, 2021. For the reasons stated during the conference, it is hereby

       **ORDERED** that, by **May 27, 2021**, the parties shall retain a private mediator, and by **July 12, 2021**, the parties shall participate in a mediation session. It is further

       **ORDERED** that, by **July 20, 2021**, the parties shall jointly file a letter apprising the Court as to the outcome of their mediation session.

       The Clerk of Court is respectfully directed to close the motions at Docket Nos. 195, 196, 197, 198 and 199.

Dated: May 13, 2021
       New York, New York

                                                                          **LORNA G. SCHOFIELD**
                                                              **UNITED STATES DISTRICT JUDGE**