## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Scott Powers, individually, as Representative of the Estate of Erika Zak, and as the natural guardian of L.P., a minor,** | § § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO.** |
| **v.** | § § | **1:20-cv-02625** |
| **Constantinos Sofocleous and Memorial Sloan Kettering Cancer Center,** | § § § § § | |
| **Defendants.** | | |

## DECLARATION OF SCOTT M. HENDLER

I, SCOTT M. HENDLER, do declare upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. §1746, that I am admitted to this Court *pro hac vice* to represent the Plaintiff in the above-referenced matter in of the State of New York, and that the following is true and correct:

1. I am an attorney admitted pro hac vice to this Court and I am a Partner with Hendler Flores Law, PLLC, attorneys for Plaintiff Scott Powers in the above-styled case. I submit this Declaration in opposition to Defendants' Motion in Limine number 6.

2. **Exhibit A to Motion in Limine Number 6** is a true and correct copy of relevant portions of Dr. Lopez's deposition.

3. **Exhibit B to Motion in Limine Number 6** is a true and correct copy of an email between Drs. Mayo and Kemeny, produced by Defendants as Kemeny Emails_005.

4. **Exhibit C to Motion in Limine Number 6** is a true and correct copy of Erika Zak's medical record, produced by Plaintiffs as ZAK_NY 001002–03.

5. **Exhibit D to Motion in Limine Number 6** is a true and correct copy of Dr. DeMatteo's report.

6. **Exhibit E to Motion in Limine Number 6** is true and correct copy of a webpage *Rectal Cancer Disappears After Experimental Use of Immunotherapy*, MEMORIAL SLOAN KETTERING CANCER CENTER (June 5, 2022), located at https://www.mskcc.org/news/rectal-cancer-disappears-after-experimental-use-immunotherapy.

7. **Exhibit F to Motion in Limine Number 6** is true and correct copy of Mr. Stan Smith's report.

8. A true and correct copy of *Arista Records LLC v. Lime Grp. LLC,* No. 06 CV 5936 (KMW), 2011 U.S. Dist. LEXIS 47416 (S.D.N.Y. Apr. 29, 2011) is attached, pursuant to Your Honor's Individual Rule III.B.2

Respectfully submitted,

HENDLER FLORES LAW, PLLC

By: _____

Scott M. Hendler
shendler@hendlerlaw.com
Laura A. Goettsche
lgoettsche@hendlerlaw.com
901 S. MoPac Expressway
Bldg. 1, Suite #300
Austin, Texas 78746
Tel: (512) 439-3200
Fax: (512) 439-3201
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on August 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record for Defendants.

Scott M. Hendler