# Smith Economics Group, Ltd.

A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
President

February 7, 2022

Mr. Scott Hendler
Hendler Flores Law
1301 West 25th Street, Suite 400
Austin, TX 78705

  Re: Zak - UNDISCOUNTED - REVISION

Dear Mr. Hendler:

This is a revision to my calculations for the value of the loss of wages and employee benefits subsequent to the death of Erika Zak, shown on tables 1 through 9 and 10 through 18 in my original report dated June 3, 2020.  I use the same assumptions described in my original report for wage growth and discount rates.

In addition to the materials listed in my original report dated June 3, 2020, I have reviewed the following materials: (1) Social Security Administration records for Erika Zak; and (2) medical claims history records for Erika Zak.

**NOTE:** In some jurisdictions the jury is to decide losses on an undiscounted basis which the judge then discounts after the award is made.  Therefore, I have calculated the losses <u>before</u> taking into account discounting.


I(A). LOSS OF WAGES AND EMPLOYEE BENEFITS - Average Worklife

Tables 1R through 9R show the losses assuming Mrs. Zak would have worked an average worklife based on worklife expectancy data. Worklife expectancy statistics reflect mortality statistics and statistics regarding the rate of participation in the labor force and the rate of employment, at each future year through life expectancy, for an average person of her age, race and sex.  I use the same data as originally referred to by the U.S. Department of Labor in <u>Tables of Working Life: The Increment-Decrement Model</u>, Bulletin 2135 and in <u>Worklife Estimates: Effects of Race and Education</u>, Bulletin 2254, February, 1986: participation rates from the Bureau of Labor Statistics Current Population Survey (found at <u>www.bls.gov/cps</u>) and life expectancy data from National Center for Health Statistics.  To this data, updated annually, I add the probability of employment and, thus, employ a Life-Participation-Employment (LPE) model which is viewed as superior to the original increment-decrement model. Life expectancy statistics updates are from the U.S. Life Tables cited earlier in this report.  Participation and employment statistics are both from the Bureau of Labor Statistics

**Exhibit F - Plf's Opp to Defts' MIL 6**

<u>Current Population Survey</u> (found at <u>www.bls.gov/cps</u>). Therefore, the expected average worklife earnings loss is based on worklife expectancy at the assumed wage rate. To capture the full expected average worklife earnings, these statistics must be accumulated through to the end of life expectancy.

Erika Zak was a senior textile designer for Old Navy/Gap Inc. at the time of her death. Her husband, Scott Powers, recalls that she had been on medical leave since May 2014, one month after her colon cancer diagnosis. Mr. Powers reports that Old Navy held a design position for her throughout her treatments, and he recalls that his wife wanted to return to work as soon as she felt better. He recalls that Mrs. Zak started working for Old Navy as a freelance textile designer for girls' clothing in November 2009. He recalls that she was eventually hired by Old Navy to work as a full-time textile designer for toddler girls' clothing in 2011. He states that she was promoted to senior textile designer in 2014, but ended up going on medical leave shortly after due to her cancer diagnosis. Mr. Powers reports that his wife was earning $90,000 per year and working 40 to 50 hours per week at the time she went on medical leave. He also reports that she would have received bonuses worth approximately 10 percent of her salary as a senior textile designer, depending on company performance.

Mr. Powers recalls that his wife graduated from Rhode Island School of Design with a bachelor's degree in fine arts in 2002. He recalls that she worked at a children's art museum for about a year after college, and then moved to San Francisco and started working at a hedge fund. He reports that she worked in investor relations for nine months there, but she left because she did not enjoy the work. Mr. Powers recalls that, while she was living in San Francisco, she started working as an interior designer for Nicole Hollis Interiors in 2004. He recalls that she worked there for about a year designing for wineries and homes in Sonoma and the Bay Area, and was making approximately $50,000 to $60,000 per year in that position.

Mr. Powers reports that his wife started working as a textile designer for American Pacific Enterprises in May 2005, and designed bedding, quilts, and rugs for about two-and-a-half years there. He also recalls that Mrs. Zak had previously worked as a textile designer at Vandale Industries in New York City for about a year in 2008 to 2009, before moving back to San Francisco. Mr. Powers reports that his wife started working as a freelance textile designer in 2009, and was hired to do freelance work for Pottery Barn, Gymboree, and Old Navy. He recalls that she started doing freelance work for Old Navy in November 2009, became a full-time designer there in 2011, and eventually became a senior textile designer in 2014.

2

**Exhibit F - Plf's Opp to Defts' MIL 6**

Mr. Powers recalls that his wife expected to be promoted to a director position at Old Navy after she had three to four years of experience as a senior designer. He states that she had no plans for retirement at the time of her 2014 cancer diagnosis, 2017 surgery, or at the time of her death. He recalls that she wanted to return to work as soon as possible, but wanted to make sure that she was healthy and had enough energy to do her job. Mr. Powers states that he is not sure whether his wife would have stayed at Old Navy until retirement or started her own design company instead. He reports that, either way, she would have kept working as a designer for as long as possible because she loved it. He estimates that she would have continued to work as a textile designer until she was 80 years old.

The Social Security Administration records for Mrs. Zak indicate that she received $2,094.70 from December 2018 through July 2019.

The wage loss for Erika Zak is illustrated to start at January 1, 2018 at $90,000 in year 2014 dollars based on her actual 2014 salary as a senior textile designer. Wages are illustrated to grow at the national average wage growth rate of 2.28 percent in 2015, 2.16 percent in 2016, 3.75 percent in 2017, 2.13 percent in 2018, 4.26 percent in 2019, and at a nominal wage growth rate of 3.0 percent in 2020 and thereafter. Offset wages are deducted from the wage loss in the amount of $2,095 in 2018 and $14,663 in 2019 based on the Social Security Administration records for Mrs. Zak.

Employee benefit estimates are based on data from the U.S. Department of Labor, Bureau of Labor Statistics, Employer Cost of Employee Compensation - December 2019, 2020, found at www.bls.gov/ect. Mr. Powers recalls that Mrs. Zak was receiving employee benefits for health insurance and retirement at the time of her initial surgery. He recalls that her employer contributed six percent of her wages towards her 401K at the time of her initial surgery. He also recalls that she continued to receive employee benefits for health insurance through her date of death. I have assumed that employee benefits grow at the same rate as wages and are discounted to present value at the same discount rate. Employee benefits are illustrated at 14.6 percent of wages through August 2019 based on Mrs. Zak's actual retirement benefits and the legally mandated Social Security contribution for all employers. Employee benefits in September 2019 and thereafter also include statistical average health benefits for all employers and are illustrated at 27.2 percent of wages.

Personal consumption is an offset of the income. I use a personal consumption offset based on a study by Ruble, Patton, and Nelson, "Patton-Nelson Personal Consumption Tables 2011-12," Journal of Legal Economics, Vol. 21, No. 1, 2014, pp. 41-55, based on data from the U.S. Department of Labor, Bureau of Labor Statistics, "Consumer Expenditure Survey, 2011-12," Washington

Exhibit F - Plf's Opp to Defts' MIL 6

DC, 2012, which shows personal consumption in this case to range from 15.40 to 19.80 percent of wages, depending on the number of children in the household.

Based on the above assumptions, my opinion of the wage loss for average worklife is $3,173,297 ▸ Table 9R.

I(B). LOSS OF WAGES AND EMPLOYEE BENEFITS - Annual Employment

Tables 10R through 18R show the same losses and use the same assumptions as the average worklife tables above except that I assume employment each year and show the accumulation through life expectancy. Also, since these tables assume annual work, I do not include employee benefits relating to unemployment, injury, illness or disability. Employee benefits are illustrated at 12.2 percent of wages through August 2019, and 24.4 percent of wages in September 2019 and thereafter. While these tables are calculated through the end of life expectancy, the losses from working through any age can be read off the table.

Based on the above assumptions, my opinion of the wage loss is $9,385,368 ▸ Table 18R; this figure assumes work to age 82.7, but the ability to work through any assumed age may be read from Table 18R; for example, the loss to age 70 is $5,665,306.

I also enclose a revised Summary Table now paginated at 5-R.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

4

**Exhibit F - Plf's Opp to Defts' MIL 6**

**SUMMARY OF LOSSES FOR ERIKA ZAK - UNDISCOUNTED - REVISION**

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| ***** | ******************************** | ********** |
| | **EARNINGS** | |
| | LOSS OF WAGES & BENEFITS, NET OF PERSONAL CONSUMPTION | |
| 9R |   Average Worklife | $3,173,297 |
| 18R |   Annual Employment to age 70 | $5,665,306 |

------------------------------------------

**HOUSEHOLD/FAMILY SERVICES**

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| 21 | LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES | $2,479,030 |
| | LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | |
| 24 |   Scott Powers | $1,130,282 |
| 27 |   L.P. | $  960,219 |
| | LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | |
| 30 |   Scott Powers | $2,107,955 |
| 33 |   L.P. | $  895,379 |

------------------------------------------

**LOSS OF ENJOYMENT OF LIFE**

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| 36 | LOSS OF VALUE OF LIFE | $9,932,223 |

------------------------------------------

**LOSS OF SOCIETY AND RELATIONSHIP**

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| | LOSS OF RELATIONSHIP | |
| 39 |   Scott Powers | $2,888,035 |
| 42 |   L.P. | $5,073,259 |

The information on this Summary of Losses is intended to summarize losses under certain given assumptions.  Please refer to the report and the tables for all the opinions.

5-R

**Exhibit F - Plf's Opp to Defts' MIL 6**

WORKLIFE PROBABILITY FACTORS FOR WAGES

2018 - 2063

| YEAR | AGE | P-LIFE DURING YEAR N | P-LIFE TO YEAR N | CUMM P-LIFE FROM DOI THRU YEAR N | PARTICI-PATION | EMPLOY-MENT | LPEH BY AGE | LPEH BY YEAR |
|------|-----|---------|---------|-------------|---------|---------|-----------|---------|
| **** | *** | ******* | ******* | *********** | ******* | ******* | ********** | ******* |
| 2018 | 37 | 0.99893 | 1.00000 | 0.99893 | 0.74130 | 0.95490 | 0.7071 | 0.7064 |
| 2019 | 38 | 0.99886 | 0.99893 | 0.99779 | 0.74130 | 0.95490 | 0.7063 | 0.7055 |
| 2020 | 39 | 0.99878 | 0.99779 | 0.99657 | 0.74130 | 0.95490 | 0.7054 | 0.7270 |
| 2021 | 40 | 0.99868 | 0.99657 | 0.99525 | 0.76480 | 0.95890 | 0.7299 | 0.7290 |
| 2022 | 41 | 0.99858 | 0.99526 | 0.99385 | 0.76480 | 0.95890 | 0.7289 | 0.7279 |
| 2023 | 42 | 0.99846 | 0.99385 | 0.99232 | 0.76480 | 0.95890 | 0.7277 | 0.7267 |
| 2024 | 43 | 0.99834 | 0.99231 | 0.99066 | 0.76480 | 0.95890 | 0.7265 | 0.7254 |
| 2025 | 44 | 0.99820 | 0.99067 | 0.98889 | 0.76480 | 0.95890 | 0.7252 | 0.7340 |
| 2026 | 45 | 0.99806 | 0.98888 | 0.98696 | 0.77460 | 0.96160 | 0.7351 | 0.7338 |
| 2027 | 46 | 0.99789 | 0.98697 | 0.98489 | 0.77460 | 0.96160 | 0.7336 | 0.7321 |
| 2028 | 47 | 0.99769 | 0.98488 | 0.98260 | 0.77460 | 0.96160 | 0.7319 | 0.7302 |
| 2029 | 48 | 0.99744 | 0.98261 | 0.98009 | 0.77460 | 0.96160 | 0.7300 | 0.7282 |
| 2030 | 49 | 0.99717 | 0.98009 | 0.97732 | 0.77460 | 0.96160 | 0.7280 | 0.7041 |
| 2031 | 50 | 0.99689 | 0.97732 | 0.97428 | 0.74670 | 0.96350 | 0.7009 | 0.6988 |
| 2032 | 51 | 0.99661 | 0.97428 | 0.97098 | 0.74670 | 0.96350 | 0.6986 | 0.6963 |
| 2033 | 52 | 0.99633 | 0.97098 | 0.96742 | 0.74670 | 0.96350 | 0.6960 | 0.6936 |
| 2034 | 53 | 0.99602 | 0.96741 | 0.96356 | 0.74670 | 0.96350 | 0.6932 | 0.6906 |
| 2035 | 54 | 0.99570 | 0.96356 | 0.95942 | 0.74670 | 0.96350 | 0.6903 | 0.6201 |
| 2036 | 55 | 0.99536 | 0.95942 | 0.95497 | 0.66340 | 0.96400 | 0.6107 | 0.6080 |
| 2037 | 56 | 0.99500 | 0.95497 | 0.95020 | 0.66340 | 0.96400 | 0.6077 | 0.6048 |
| 2038 | 57 | 0.99464 | 0.95019 | 0.94510 | 0.66340 | 0.96400 | 0.6044 | 0.6014 |
| 2039 | 58 | 0.99428 | 0.94510 | 0.93969 | 0.66340 | 0.96400 | 0.6010 | 0.5977 |
| 2040 | 59 | 0.99391 | 0.93969 | 0.93397 | 0.66340 | 0.96400 | 0.5973 | 0.4683 |
| 2041 | 60 | 0.99352 | 0.93397 | 0.92792 | 0.50460 | 0.96370 | 0.4512 | 0.4485 |
| 2042 | 61 | 0.99307 | 0.92792 | 0.92149 | 0.50460 | 0.96370 | 0.4481 | 0.4060 |
| 2043 | 62 | 0.99254 | 0.92149 | 0.91462 | 0.45430 | 0.96380 | 0.4005 | 0.3976 |
| 2044 | 63 | 0.99191 | 0.91461 | 0.90721 | 0.45430 | 0.96380 | 0.3972 | 0.3941 |
| 2045 | 64 | 0.99121 | 0.90722 | 0.89925 | 0.45430 | 0.96380 | 0.3937 | 0.2343 |
| 2046 | 65 | 0.99044 | 0.89924 | 0.89064 | 0.24960 | 0.95960 | 0.2133 | 0.2114 |
| 2047 | 66 | 0.98961 | 0.89064 | 0.88139 | 0.24960 | 0.95960 | 0.2111 | 0.2090 |
| 2048 | 67 | 0.98868 | 0.88139 | 0.87141 | 0.24960 | 0.95960 | 0.2087 | 0.2064 |
| 2049 | 68 | 0.98763 | 0.87141 | 0.86063 | 0.24960 | 0.95960 | 0.2061 | 0.2037 |
| 2050 | 69 | 0.98639 | 0.86063 | 0.84892 | 0.24960 | 0.95960 | 0.2033 | 0.1198 |
| 2051 | 70 | 0.98489 | 0.84892 | 0.83609 | 0.13560 | 0.96010 | 0.1089 | 0.1072 |
| 2052 | 71 | 0.98317 | 0.83609 | 0.82202 | 0.13560 | 0.96010 | 0.1070 | 0.1053 |
| 2053 | 72 | 0.98136 | 0.82202 | 0.80670 | 0.13560 | 0.96010 | 0.1050 | 0.1031 |
| 2054 | 73 | 0.97954 | 0.80670 | 0.79019 | 0.13560 | 0.96010 | 0.1029 | 0.1008 |
| 2055 | 74 | 0.97751 | 0.79019 | 0.77242 | 0.13560 | 0.96010 | 0.1006 | 0.0417 |
| 2056 | 75 | 0.97521 | 0.77242 | 0.75327 | 0.04690 | 0.96270 | 0.0340 | 0.0332 |
| 2057 | 76 | 0.97265 | 0.75327 | 0.73267 | 0.04690 | 0.96270 | 0.0331 | 0.0322 |
| 2058 | 77 | 0.96961 | 0.73267 | 0.71040 | 0.04690 | 0.96270 | 0.0321 | 0.0311 |
| 2059 | 78 | 0.96601 | 0.71041 | 0.68626 | 0.04690 | 0.96270 | 0.0310 | 0.0299 |
| 2060 | 79 | 0.96194 | 0.68626 | 0.66014 | 0.04690 | 0.96270 | 0.0298 | 0.0287 |
| 2061 | 80 | 0.95748 | 0.66014 | 0.63207 | 0.04690 | 0.96270 | 0.0285 | 0.0273 |
| 2062 | 81 | 0.95270 | 0.63207 | 0.60217 | 0.04690 | 0.96270 | 0.0272 | 0.0259 |
| 2063 | 82 | 0.94694 | 0.60217 | 0.57022 | 0.04690 | 0.96270 | 0.0257 | 0.0257 |

ERIKA ZAK                                                              $3,173,297   19.2128

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Exhibit F - Plf's Opp to Defts' MIL 6

```
                         Table 1R

              LOSS OF PAST EXPECTED WAGES - LPEX
                         2018 - 2020

                              WORK    EXPECTED
           YEAR   AGE   WAGES  LIFE    VALUE    CUMULATE
           ****   ***  ******* ******  ******** ********
           2018    38  $97,545 0.7064  $68,906   $68,906
           2019    39   89,225 0.7055   62,948   131,854
           2020    40   89,121 0.7264   64,737  $196,591

           ERIKA ZAK                   $196,591
```

Table 2R

LOSS OF PAST EXPECTED EMPLOYEE BENEFITS - LPEX
2018 - 2020

| YEAR | AGE | EMPLOYEE BENEFITS | WORK LIFE | EXPECTED VALUE | CUMULATE |
|------|-----|-------------------|-----------|----------------|----------|
| **** | *** | ******** | ****** | ******** | ******** |
| 2018 | 38 | $14,242 | 0.7064 | $10,061 | $10,061 |
| 2019 | 39 | 8,673 | 0.7055 | 6,119 | 16,180 |
| 2020 | 40 | 24,241 | 0.7264 | 17,609 | $33,789 |

ERIKA ZAK $33,789

```
                        Table 3R

        LOSS OF PAST EXPECTED PERSONAL CONSUMPTION - LPEX
                      2019 - 2020

                  PERSONAL      WORK     EXPECTED
     YEAR   AGE   CONSUMPTION   LIFE     VALUE       CUMULATE
     ****   ***   ***********   ******   ********    ********
     2019    39     -$6,273     0.7054    -$4,425     -$4,425
     2020    40     -17,459     0.7264   -12,682     -$17,107

     ERIKA ZAK                            -$17,107
```

SMITH ECONOMICS GROUP, LTD.  312/943-1551

```
                              Table 4R

                    EXPECTED ECONOMIC LOSS TO DATE - LPEX
                              2018 - 2020

                          EMPLOYEE    PERSONAL
          YEAR   AGE   WAGES   BENEFITS  CONSUMPTION    TOTAL     CUMULATE
          ****   ***  ********  ********  ***********   ********   ********
          2018    38  $68,906   $10,061          $0    $78,967    $78,967
          2019    39   62,948     6,119       -4,425     64,642    143,609
          2020    40   64,737    17,609      -12,682     69,664   $213,273

          ERIKA ZAK  $196,591   $33,789     -$17,107   $213,273
```

Exhibit F - Plf's Opp to Defts' MIL 6

Table 5R

PRESENT VALUE OF FUTURE EXPECTED WAGES - LPEX
2020 - 2063

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | WORK LIFE | EXPECTED VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|-----------|----------------|----------|
| 2020 | 40 | $17,883 | 1.00000 | $17,883 | 0.7299 | $13,053 | $13,053 |
| 2021 | 41 | 110,214 | 1.00000 | 110,214 | 0.7290 | 80,346 | 93,399 |
| 2022 | 42 | 113,520 | 1.00000 | 113,520 | 0.7279 | 82,631 | 176,030 |
| 2023 | 43 | 116,926 | 1.00000 | 116,926 | 0.7267 | 84,970 | 261,000 |
| 2024 | 44 | 120,434 | 1.00000 | 120,434 | 0.7254 | 87,363 | 348,363 |
| 2025 | 45 | 124,047 | 1.00000 | 124,047 | 0.7340 | 91,050 | 439,413 |
| 2026 | 46 | 127,768 | 1.00000 | 127,768 | 0.7338 | 93,756 | 533,169 |
| 2027 | 47 | 131,601 | 1.00000 | 131,601 | 0.7321 | 96,345 | 629,514 |
| 2028 | 48 | 135,549 | 1.00000 | 135,549 | 0.7302 | 98,978 | 728,492 |
| 2029 | 49 | 139,615 | 1.00000 | 139,615 | 0.7282 | 101,668 | 830,160 |
| 2030 | 50 | 143,803 | 1.00000 | 143,803 | 0.7041 | 101,252 | 931,412 |
| 2031 | 51 | 148,117 | 1.00000 | 148,117 | 0.6988 | 103,504 | 1,034,916 |
| 2032 | 52 | 152,561 | 1.00000 | 152,561 | 0.6963 | 106,228 | 1,141,144 |
| 2033 | 53 | 157,138 | 1.00000 | 157,138 | 0.6936 | 108,991 | 1,250,135 |
| 2034 | 54 | 161,852 | 1.00000 | 161,852 | 0.6906 | 111,775 | 1,361,910 |
| 2035 | 55 | 166,708 | 1.00000 | 166,708 | 0.6201 | 103,376 | 1,465,286 |
| 2036 | 56 | 171,709 | 1.00000 | 171,709 | 0.6080 | 104,399 | 1,569,685 |
| 2037 | 57 | 176,860 | 1.00000 | 176,860 | 0.6048 | 106,965 | 1,676,650 |
| 2038 | 58 | 182,166 | 1.00000 | 182,166 | 0.6014 | 109,555 | 1,786,205 |
| 2039 | 59 | 187,631 | 1.00000 | 187,631 | 0.5977 | 112,147 | 1,898,352 |
| 2040 | 60 | 193,260 | 1.00000 | 193,260 | 0.4683 | 90,504 | 1,988,856 |
| 2041 | 61 | 199,058 | 1.00000 | 199,058 | 0.4485 | 89,278 | 2,078,134 |
| 2042 | 62 | 205,030 | 1.00000 | 205,030 | 0.4060 | 83,242 | 2,161,376 |
| 2043 | 63 | 211,181 | 1.00000 | 211,181 | 0.3976 | 83,966 | 2,245,342 |
| 2044 | 64 | 217,516 | 1.00000 | 217,516 | 0.3941 | 85,723 | 2,331,065 |
| 2045 | 65 | 224,041 | 1.00000 | 224,041 | 0.2343 | 52,493 | 2,383,558 |
| 2046 | 66 | 230,762 | 1.00000 | 230,762 | 0.2114 | 48,783 | 2,432,341 |
| 2047 | 67 | 237,685 | 1.00000 | 237,685 | 0.2090 | 49,676 | 2,482,017 |
| 2048 | 68 | 244,816 | 1.00000 | 244,816 | 0.2064 | 50,530 | 2,532,547 |
| 2049 | 69 | 252,160 | 1.00000 | 252,160 | 0.2037 | 51,365 | 2,583,912 |
| 2050 | 70 | 259,725 | 1.00000 | 259,725 | 0.1198 | 31,115 | 2,615,027 |
| 2051 | 71 | 267,517 | 1.00000 | 267,517 | 0.1072 | 28,678 | 2,643,705 |
| 2052 | 72 | 275,543 | 1.00000 | 275,543 | 0.1053 | 29,015 | 2,672,720 |
| 2053 | 73 | 283,809 | 1.00000 | 283,809 | 0.1031 | 29,261 | 2,701,981 |
| 2054 | 74 | 292,323 | 1.00000 | 292,323 | 0.1008 | 29,466 | 2,731,447 |
| 2055 | 75 | 301,093 | 1.00000 | 301,093 | 0.0417 | 12,556 | 2,744,003 |
| 2056 | 76 | 310,126 | 1.00000 | 310,126 | 0.0332 | 10,296 | 2,754,299 |
| 2057 | 77 | 319,430 | 1.00000 | 319,430 | 0.0322 | 10,286 | 2,764,585 |
| 2058 | 78 | 329,013 | 1.00000 | 329,013 | 0.0311 | 10,232 | 2,774,817 |
| 2059 | 79 | 338,883 | 1.00000 | 338,883 | 0.0299 | 10,133 | 2,784,950 |
| 2060 | 80 | 349,049 | 1.00000 | 349,049 | 0.0287 | 10,018 | 2,794,968 |
| 2061 | 81 | 359,520 | 1.00000 | 359,520 | 0.0273 | 9,815 | 2,804,783 |
| 2062 | 82 | 370,306 | 1.00000 | 370,306 | 0.0259 | 9,591 | 2,814,374 |
| 2063 | 83 | 44,934 | 1.00000 | 44,934 | 0.0257 | 1,155 | $2,815,529 |

ERIKA ZAK                                          $2,815,529

Table 6R

PRESENT VALUE OF FUTURE EXPECTED EMPLOYEE BENEFITS - LPEX
2020 - 2063

| YEAR | AGE | EMPLOYEE BENEFITS | DISCOUNT FACTOR | PRESENT VALUE | WORK LIFE | EXPECTED VALUE | CUMULATE |
|------|-----|-------------------|-----------------|---------------|-----------|----------------|----------|
| **** | *** | ******** | ******** | ******* | ****** | ******** | ******** |
| 2020 | 40 | $4,864 | 1.00000 | $4,864 | 0.7299 | $3,550 | $3,550 |
| 2021 | 41 | 29,978 | 1.00000 | 29,978 | 0.7290 | 21,854 | 25,404 |
| 2022 | 42 | 30,877 | 1.00000 | 30,877 | 0.7279 | 22,475 | 47,879 |
| 2023 | 43 | 31,804 | 1.00000 | 31,804 | 0.7267 | 23,112 | 70,991 |
| 2024 | 44 | 32,758 | 1.00000 | 32,758 | 0.7254 | 23,763 | 94,754 |
| 2025 | 45 | 33,741 | 1.00000 | 33,741 | 0.7340 | 24,766 | 119,520 |
| 2026 | 46 | 34,753 | 1.00000 | 34,753 | 0.7338 | 25,502 | 145,022 |
| 2027 | 47 | 35,795 | 1.00000 | 35,795 | 0.7321 | 26,206 | 171,228 |
| 2028 | 48 | 36,869 | 1.00000 | 36,869 | 0.7302 | 26,922 | 198,150 |
| 2029 | 49 | 37,975 | 1.00000 | 37,975 | 0.7282 | 27,653 | 225,803 |
| 2030 | 50 | 39,114 | 1.00000 | 39,114 | 0.7041 | 27,540 | 253,343 |
| 2031 | 51 | 40,288 | 1.00000 | 40,288 | 0.6988 | 28,153 | 281,496 |
| 2032 | 52 | 41,497 | 1.00000 | 41,497 | 0.6963 | 28,894 | 310,390 |
| 2033 | 53 | 42,742 | 1.00000 | 42,742 | 0.6936 | 29,646 | 340,036 |
| 2034 | 54 | 44,024 | 1.00000 | 44,024 | 0.6906 | 30,403 | 370,439 |
| 2035 | 55 | 45,345 | 1.00000 | 45,345 | 0.6201 | 28,118 | 398,557 |
| 2036 | 56 | 46,705 | 1.00000 | 46,705 | 0.6080 | 28,397 | 426,954 |
| 2037 | 57 | 48,106 | 1.00000 | 48,106 | 0.6048 | 29,095 | 456,049 |
| 2038 | 58 | 49,549 | 1.00000 | 49,549 | 0.6014 | 29,799 | 485,848 |
| 2039 | 59 | 51,036 | 1.00000 | 51,036 | 0.5977 | 30,504 | 516,352 |
| 2040 | 60 | 52,567 | 1.00000 | 52,567 | 0.4683 | 24,617 | 540,969 |
| 2041 | 61 | 54,144 | 1.00000 | 54,144 | 0.4485 | 24,284 | 565,253 |
| 2042 | 62 | 55,768 | 1.00000 | 55,768 | 0.4060 | 22,642 | 587,895 |
| 2043 | 63 | 57,441 | 1.00000 | 57,441 | 0.3976 | 22,839 | 610,734 |
| 2044 | 64 | 59,164 | 1.00000 | 59,164 | 0.3941 | 23,317 | 634,051 |
| 2045 | 65 | 60,939 | 1.00000 | 60,939 | 0.2343 | 14,278 | 648,329 |
| 2046 | 66 | 62,767 | 1.00000 | 62,767 | 0.2114 | 13,269 | 661,598 |
| 2047 | 67 | 64,650 | 1.00000 | 64,650 | 0.2090 | 13,512 | 675,110 |
| 2048 | 68 | 66,590 | 1.00000 | 66,590 | 0.2064 | 13,744 | 688,854 |
| 2049 | 69 | 68,588 | 1.00000 | 68,588 | 0.2037 | 13,971 | 702,825 |
| 2050 | 70 | 70,645 | 1.00000 | 70,645 | 0.1198 | 8,463 | 711,288 |
| 2051 | 71 | 72,765 | 1.00000 | 72,765 | 0.1072 | 7,800 | 719,088 |
| 2052 | 72 | 74,948 | 1.00000 | 74,948 | 0.1053 | 7,892 | 726,980 |
| 2053 | 73 | 77,196 | 1.00000 | 77,196 | 0.1031 | 7,959 | 734,939 |
| 2054 | 74 | 79,512 | 1.00000 | 79,512 | 0.1008 | 8,015 | 742,954 |
| 2055 | 75 | 81,897 | 1.00000 | 81,897 | 0.0417 | 3,415 | 746,369 |
| 2056 | 76 | 84,354 | 1.00000 | 84,354 | 0.0332 | 2,801 | 749,170 |
| 2057 | 77 | 86,885 | 1.00000 | 86,885 | 0.0322 | 2,798 | 751,968 |
| 2058 | 78 | 89,492 | 1.00000 | 89,492 | 0.0311 | 2,783 | 754,751 |
| 2059 | 79 | 92,176 | 1.00000 | 92,176 | 0.0299 | 2,756 | 757,507 |
| 2060 | 80 | 94,941 | 1.00000 | 94,941 | 0.0287 | 2,725 | 760,232 |
| 2061 | 81 | 97,789 | 1.00000 | 97,789 | 0.0273 | 2,670 | 762,902 |
| 2062 | 82 | 100,723 | 1.00000 | 100,723 | 0.0259 | 2,609 | 765,511 |
| 2063 | 83 | 12,222 | 1.00000 | 12,222 | 0.0257 | 314 | $765,825 |

ERIKA ZAK                                          $765,825

SMITH ECONOMICS GROUP, LTD.  312/943-1551

PRESENT VALUE OF FUTURE EXPECTED PERSONAL CONSUMPTION - LPEX
2020 - 2063

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | WORK LIFE | EXPECTED VALUE | CUMULATE |
|------|-----|---------------------|-----------------|---------------|-----------|----------------|----------|
| **** | *** | *********** | ******** | ******* | ****** | ********* | ******** |
| 2020 | 40 | -$3,503 | 1.00000 | -$3,503 | 0.7299 | -$2,557 | -$2,557 |
| 2021 | 41 | -21,591 | 1.00000 | -21,591 | 0.7290 | -15,740 | -18,297 |
| 2022 | 42 | -22,239 | 1.00000 | -22,239 | 0.7279 | -16,188 | -34,485 |
| 2023 | 43 | -22,906 | 1.00000 | -22,906 | 0.7267 | -16,646 | -51,131 |
| 2024 | 44 | -23,593 | 1.00000 | -23,593 | 0.7254 | -17,114 | -68,245 |
| 2025 | 45 | -24,301 | 1.00000 | -24,301 | 0.7340 | -17,837 | -86,082 |
| 2026 | 46 | -25,030 | 1.00000 | -25,030 | 0.7338 | -18,367 | -104,449 |
| 2027 | 47 | -25,781 | 1.00000 | -25,781 | 0.7321 | -18,874 | -123,323 |
| 2028 | 48 | -26,554 | 1.00000 | -26,554 | 0.7302 | -19,390 | -142,713 |
| 2029 | 49 | -27,351 | 1.00000 | -27,351 | 0.7282 | -19,917 | -162,630 |
| 2030 | 50 | -28,171 | 1.00000 | -28,171 | 0.7041 | -19,835 | -182,465 |
| 2031 | 51 | -29,016 | 1.00000 | -29,016 | 0.6988 | -20,276 | -202,741 |
| 2032 | 52 | -29,887 | 1.00000 | -29,887 | 0.6963 | -20,810 | -223,551 |
| 2033 | 53 | -30,783 | 1.00000 | -30,783 | 0.6936 | -21,351 | -244,902 |
| 2034 | 54 | -31,707 | 1.00000 | -31,707 | 0.6906 | -21,897 | -266,799 |
| 2035 | 55 | -32,658 | 1.00000 | -32,658 | 0.6201 | -20,251 | -287,050 |
| 2036 | 56 | -33,638 | 1.00000 | -33,638 | 0.6080 | -20,452 | -307,502 |
| 2037 | 57 | -44,551 | 1.00000 | -44,551 | 0.6048 | -26,944 | -334,446 |
| 2038 | 58 | -45,888 | 1.00000 | -45,888 | 0.6014 | -27,597 | -362,043 |
| 2039 | 59 | -47,264 | 1.00000 | -47,264 | 0.5977 | -28,250 | -390,293 |
| 2040 | 60 | -48,682 | 1.00000 | -48,682 | 0.4683 | -22,798 | -413,091 |
| 2041 | 61 | -50,143 | 1.00000 | -50,143 | 0.4485 | -22,489 | -435,580 |
| 2042 | 62 | -51,647 | 1.00000 | -51,647 | 0.4060 | -20,969 | -456,549 |
| 2043 | 63 | -53,196 | 1.00000 | -53,196 | 0.3976 | -21,151 | -477,700 |
| 2044 | 64 | -54,792 | 1.00000 | -54,792 | 0.3941 | -21,594 | -499,294 |
| 2045 | 65 | -56,436 | 1.00000 | -56,436 | 0.2343 | -13,223 | -512,517 |
| 2046 | 66 | -58,129 | 1.00000 | -58,129 | 0.2114 | -12,288 | -524,805 |
| 2047 | 67 | -59,873 | 1.00000 | -59,873 | 0.2090 | -12,513 | -537,318 |
| 2048 | 68 | -61,669 | 1.00000 | -61,669 | 0.2064 | -12,728 | -550,046 |
| 2049 | 69 | -63,519 | 1.00000 | -63,519 | 0.2037 | -12,939 | -562,985 |
| 2050 | 70 | -65,425 | 1.00000 | -65,425 | 0.1198 | -7,838 | -570,823 |
| 2051 | 71 | -67,388 | 1.00000 | -67,388 | 0.1072 | -7,224 | -578,047 |
| 2052 | 72 | -69,409 | 1.00000 | -69,409 | 0.1053 | -7,309 | -585,356 |
| 2053 | 73 | -71,491 | 1.00000 | -71,491 | 0.1031 | -7,371 | -592,727 |
| 2054 | 74 | -73,636 | 1.00000 | -73,636 | 0.1008 | -7,423 | -600,150 |
| 2055 | 75 | -75,845 | 1.00000 | -75,845 | 0.0417 | -3,163 | -603,313 |
| 2056 | 76 | -78,121 | 1.00000 | -78,121 | 0.0332 | -2,594 | -605,907 |
| 2057 | 77 | -80,464 | 1.00000 | -80,464 | 0.0322 | -2,591 | -608,498 |
| 2058 | 78 | -82,878 | 1.00000 | -82,878 | 0.0311 | -2,578 | -611,076 |
| 2059 | 79 | -85,365 | 1.00000 | -85,365 | 0.0299 | -2,552 | -613,628 |
| 2060 | 80 | -87,925 | 1.00000 | -87,925 | 0.0287 | -2,523 | -616,151 |
| 2061 | 81 | -90,563 | 1.00000 | -90,563 | 0.0273 | -2,472 | -618,623 |
| 2062 | 82 | -93,280 | 1.00000 | -93,280 | 0.0259 | -2,416 | -621,039 |
| 2063 | 83 | -11,319 | 1.00000 | -11,319 | 0.0257 | -291 | -$621,330 |

ERIKA ZAK

-$621,330

Table 8R

PRESENT VALUE OF FUTURE EXPECTED WAGE AND BENEFIT LOSS - LPEX
2020 - 2063

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ********* | ******** | *********** | ********** | ********** |
| 2020 | 40 | $13,053 | $3,550 | -$2,557 | $14,046 | $14,046 |
| 2021 | 41 | 80,346 | 21,854 | -15,740 | 86,460 | 100,506 |
| 2022 | 42 | 82,631 | 22,475 | -16,188 | 88,918 | 189,424 |
| 2023 | 43 | 84,970 | 23,112 | -16,646 | 91,436 | 280,860 |
| 2024 | 44 | 87,363 | 23,763 | -17,114 | 94,012 | 374,872 |
| 2025 | 45 | 91,050 | 24,766 | -17,837 | 97,979 | 472,851 |
| 2026 | 46 | 93,756 | 25,502 | -18,367 | 100,891 | 573,742 |
| 2027 | 47 | 96,345 | 26,206 | -18,874 | 103,677 | 677,419 |
| 2028 | 48 | 98,978 | 26,922 | -19,390 | 106,510 | 783,929 |
| 2029 | 49 | 101,668 | 27,653 | -19,917 | 109,404 | 893,333 |
| 2030 | 50 | 101,252 | 27,540 | -19,835 | 108,957 | 1,002,290 |
| 2031 | 51 | 103,504 | 28,153 | -20,276 | 111,381 | 1,113,671 |
| 2032 | 52 | 106,228 | 28,894 | -20,810 | 114,312 | 1,227,983 |
| 2033 | 53 | 108,991 | 29,646 | -21,351 | 117,286 | 1,345,269 |
| 2034 | 54 | 111,775 | 30,403 | -21,897 | 120,281 | 1,465,550 |
| 2035 | 55 | 103,376 | 28,118 | -20,251 | 111,243 | 1,576,793 |
| 2036 | 56 | 104,399 | 28,397 | -20,452 | 112,344 | 1,689,137 |
| 2037 | 57 | 106,965 | 29,095 | -26,944 | 109,116 | 1,798,253 |
| 2038 | 58 | 109,555 | 29,799 | -27,597 | 111,757 | 1,910,010 |
| 2039 | 59 | 112,147 | 30,504 | -28,250 | 114,401 | 2,024,411 |
| 2040 | 60 | 90,504 | 24,617 | -22,798 | 92,323 | 2,116,734 |
| 2041 | 61 | 89,278 | 24,284 | -22,489 | 91,073 | 2,207,807 |
| 2042 | 62 | 83,242 | 22,642 | -20,969 | 84,915 | 2,292,722 |
| 2043 | 63 | 83,966 | 22,839 | -21,151 | 85,654 | 2,378,376 |
| 2044 | 64 | 85,723 | 23,317 | -21,594 | 87,446 | 2,465,822 |
| 2045 | 65 | 52,493 | 14,278 | -13,223 | 53,548 | 2,519,370 |
| 2046 | 66 | 48,783 | 13,269 | -12,288 | 49,764 | 2,569,134 |
| 2047 | 67 | 49,676 | 13,512 | -12,513 | 50,675 | 2,619,809 |
| 2048 | 68 | 50,530 | 13,744 | -12,728 | 51,546 | 2,671,355 |
| 2049 | 69 | 51,365 | 13,971 | -12,939 | 52,397 | 2,723,752 |
| 2050 | 70 | 31,115 | 8,463 | -7,838 | 31,740 | 2,755,492 |
| 2051 | 71 | 28,678 | 7,800 | -7,224 | 29,254 | 2,784,746 |
| 2052 | 72 | 29,015 | 7,892 | -7,309 | 29,598 | 2,814,344 |
| 2053 | 73 | 29,261 | 7,959 | -7,371 | 29,849 | 2,844,193 |
| 2054 | 74 | 29,466 | 8,015 | -7,423 | 30,058 | 2,874,251 |
| 2055 | 75 | 12,556 | 3,415 | -3,163 | 12,808 | 2,887,059 |
| 2056 | 76 | 10,296 | 2,801 | -2,594 | 10,503 | 2,897,562 |
| 2057 | 77 | 10,286 | 2,798 | -2,591 | 10,493 | 2,908,055 |
| 2058 | 78 | 10,232 | 2,783 | -2,578 | 10,437 | 2,918,492 |
| 2059 | 79 | 10,133 | 2,756 | -2,552 | 10,337 | 2,928,829 |
| 2060 | 80 | 10,018 | 2,725 | -2,523 | 10,220 | 2,939,049 |
| 2061 | 81 | 9,815 | 2,670 | -2,472 | 10,013 | 2,949,062 |
| 2062 | 82 | 9,591 | 2,609 | -2,416 | 9,784 | 2,958,846 |
| 2063 | 83 | 1,155 | 314 | -291 | 1,178 | $2,960,024 |
| ERIKA ZAK | | $2,815,529 | $765,825 | -$621,330 | $2,960,024 | |

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 9R

PRESENT VALUE OF NET EXPECTED WAGE AND BENEFIT LOSS - LPEX
2018 - 2063

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|---------------------|-------|----------|
| **** | *** | ********** | ******** | *********** | ********** | ********** |
| 2018 | 38 | $68,906 | $10,061 | $0 | $78,967 | $78,967 |
| 2019 | 39 | 62,948 | 6,119 | -4,425 | 64,642 | 143,609 |
| 2020 | 40 | 77,790 | 21,159 | -15,239 | 83,710 | 227,319 |
| 2021 | 41 | 80,346 | 21,854 | -15,740 | 86,460 | 313,779 |
| 2022 | 42 | 82,631 | 22,475 | -16,188 | 88,918 | 402,697 |
| 2023 | 43 | 84,970 | 23,112 | -16,646 | 91,436 | 494,133 |
| 2024 | 44 | 87,363 | 23,763 | -17,114 | 94,012 | 588,145 |
| 2025 | 45 | 91,050 | 24,766 | -17,837 | 97,979 | 686,124 |
| 2026 | 46 | 93,756 | 25,502 | -18,367 | 100,891 | 787,015 |
| 2027 | 47 | 96,345 | 26,206 | -18,874 | 103,677 | 890,692 |
| 2028 | 48 | 98,978 | 26,922 | -19,390 | 106,510 | 997,202 |
| 2029 | 49 | 101,668 | 27,653 | -19,917 | 109,404 | 1,106,606 |
| 2030 | 50 | 101,252 | 27,540 | -19,835 | 108,957 | 1,215,563 |
| 2031 | 51 | 103,504 | 28,153 | -20,276 | 111,381 | 1,326,944 |
| 2032 | 52 | 106,228 | 28,894 | -20,810 | 114,312 | 1,441,256 |
| 2033 | 53 | 108,991 | 29,646 | -21,351 | 117,286 | 1,558,542 |
| 2034 | 54 | 111,775 | 30,403 | -21,897 | 120,281 | 1,678,823 |
| 2035 | 55 | 103,376 | 28,118 | -20,251 | 111,243 | 1,790,066 |
| 2036 | 56 | 104,399 | 28,397 | -20,452 | 112,344 | 1,902,410 |
| 2037 | 57 | 106,965 | 29,095 | -26,944 | 109,116 | 2,011,526 |
| 2038 | 58 | 109,555 | 29,799 | -27,597 | 111,757 | 2,123,283 |
| 2039 | 59 | 112,147 | 30,504 | -28,250 | 114,401 | 2,237,684 |
| 2040 | 60 | 90,504 | 24,617 | -22,798 | 92,323 | 2,330,007 |
| 2041 | 61 | 89,278 | 24,284 | -22,489 | 91,073 | 2,421,080 |
| 2042 | 62 | 83,242 | 22,642 | -20,969 | 84,915 | 2,505,995 |
| 2043 | 63 | 83,966 | 22,839 | -21,151 | 85,654 | 2,591,649 |
| 2044 | 64 | 85,723 | 23,317 | -21,594 | 87,446 | 2,679,095 |
| 2045 | 65 | 52,493 | 14,278 | -13,223 | 53,548 | 2,732,643 |
| 2046 | 66 | 48,783 | 13,269 | -12,288 | 49,764 | 2,782,407 |
| 2047 | 67 | 49,676 | 13,512 | -12,513 | 50,675 | 2,833,082 |
| 2048 | 68 | 50,530 | 13,744 | -12,728 | 51,546 | 2,884,628 |
| 2049 | 69 | 51,365 | 13,971 | -12,939 | 52,397 | 2,937,025 |
| 2050 | 70 | 31,115 | 8,463 | -7,838 | 31,740 | 2,968,765 |
| 2051 | 71 | 28,678 | 7,800 | -7,224 | 29,254 | 2,998,019 |
| 2052 | 72 | 29,015 | 7,892 | -7,309 | 29,598 | 3,027,617 |
| 2053 | 73 | 29,261 | 7,959 | -7,371 | 29,849 | 3,057,466 |
| 2054 | 74 | 29,466 | 8,015 | -7,423 | 30,058 | 3,087,524 |
| 2055 | 75 | 12,556 | 3,415 | -3,163 | 12,808 | 3,100,332 |
| 2056 | 76 | 10,296 | 2,801 | -2,594 | 10,503 | 3,110,835 |
| 2057 | 77 | 10,286 | 2,798 | -2,591 | 10,493 | 3,121,328 |
| 2058 | 78 | 10,232 | 2,783 | -2,578 | 10,437 | 3,131,765 |
| 2059 | 79 | 10,133 | 2,756 | -2,552 | 10,337 | 3,142,102 |
| 2060 | 80 | 10,018 | 2,725 | -2,523 | 10,220 | 3,152,322 |
| 2061 | 81 | 9,815 | 2,670 | -2,472 | 10,013 | 3,162,335 |
| 2062 | 82 | 9,591 | 2,609 | -2,416 | 9,784 | 3,172,119 |
| 2063 | 83 | 1,155 | 314 | -291 | 1,178 | $3,173,297 |

| ERIKA ZAK | | $3,012,120 | $799,614 | -$638,437 | $3,173,297 | |

SMITH ECONOMICS GROUP, LTD.  312/943-1551

```
                          Table 10R

                 LOSS OF PAST WAGES - XXXX
                        2018 - 2020

         YEAR    AGE     WAGES      CUMULATE
         ****    ***    ********    ********
         2018    38     $97,545     $97,545
         2019    39      89,225      186,770
         2020    40      89,121     $275,891


         ERIKA ZAK      $275,891
```

Exhibit F - Plf's Opp to Defts' MIL 6

```
                        Table 11R

          LOSS OF PAST EMPLOYEE BENEFITS - XXXX
                       2018 - 2020

                        EMPLOYEE
              YEAR   AGE  BENEFITS   CUMULATE
              ****   ***  ********   ********
              2018    38   $11,900    $11,900
              2019    39     7,247     19,147
              2020    40    21,746    $40,893


              ERIKA ZAK      $40,893
```

Table 12R

LOSS OF PAST PERSONAL CONSUMPTION - XXXX
2019 - 2020

| YEAR | AGE | PERSONAL CONSUMPTION | CUMULATE |
|------|-----|----------------------|----------|
| **** | *** | *********** | ******** |
| 2019 | 39 | -$6,136 | -$6,136 |
| 2020 | 40 | -17,076 | -$23,212 |

ERIKA ZAK          -$23,212

Table 13R

ECONOMIC LOSS TO DATE - XXXX
2018 - 2020

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| 2018 | 38 | $97,545 | $11,900 | $0 | $109,445 | $109,445 |
| 2019 | 39 | 89,225 | 7,247 | -6,136 | 90,336 | 199,781 |
| 2020 | 40 | 89,121 | 21,746 | -17,076 | 93,791 | 293,572 |
| ERIKA ZAK | | $275,891 | $40,893 | -$23,212 | $293,572 | |

Table 14R

PRESENT VALUE OF FUTURE WAGES - XXXX
2020 - 2062

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|----------|
| **** | *** | ******* | ******** | ********** | ********** |
| 2020 | 40 | $17,883 | 1.00000 | $17,883 | $17,883 |
| 2021 | 41 | 110,214 | 1.00000 | 110,214 | 128,097 |
| 2022 | 42 | 113,520 | 1.00000 | 113,520 | 241,617 |
| 2023 | 43 | 116,926 | 1.00000 | 116,926 | 358,543 |
| 2024 | 44 | 120,434 | 1.00000 | 120,434 | 478,977 |
| 2025 | 45 | 124,047 | 1.00000 | 124,047 | 603,024 |
| 2026 | 46 | 127,768 | 1.00000 | 127,768 | 730,792 |
| 2027 | 47 | 131,601 | 1.00000 | 131,601 | 862,393 |
| 2028 | 48 | 135,549 | 1.00000 | 135,549 | 997,942 |
| 2029 | 49 | 139,615 | 1.00000 | 139,615 | 1,137,557 |
| 2030 | 50 | 143,803 | 1.00000 | 143,803 | 1,281,360 |
| 2031 | 51 | 148,117 | 1.00000 | 148,117 | 1,429,477 |
| 2032 | 52 | 152,561 | 1.00000 | 152,561 | 1,582,038 |
| 2033 | 53 | 157,138 | 1.00000 | 157,138 | 1,739,176 |
| 2034 | 54 | 161,852 | 1.00000 | 161,852 | 1,901,028 |
| 2035 | 55 | 166,708 | 1.00000 | 166,708 | 2,067,736 |
| 2036 | 56 | 171,709 | 1.00000 | 171,709 | 2,239,445 |
| 2037 | 57 | 176,860 | 1.00000 | 176,860 | 2,416,305 |
| 2038 | 58 | 182,166 | 1.00000 | 182,166 | 2,598,471 |
| 2039 | 59 | 187,631 | 1.00000 | 187,631 | 2,786,102 |
| 2040 | 60 | 193,260 | 1.00000 | 193,260 | 2,979,362 |
| 2041 | 61 | 199,058 | 1.00000 | 199,058 | 3,178,420 |
| 2042 | 62 | 205,030 | 1.00000 | 205,030 | 3,383,450 |
| 2043 | 63 | 211,181 | 1.00000 | 211,181 | 3,594,631 |
| 2044 | 64 | 217,516 | 1.00000 | 217,516 | 3,812,147 |
| 2045 | 65 | 224,041 | 1.00000 | 224,041 | 4,036,188 |
| 2046 | 66 | 230,762 | 1.00000 | 230,762 | 4,266,950 |
| 2047 | 67 | 237,685 | 1.00000 | 237,685 | 4,504,635 |
| 2048 | 68 | 244,816 | 1.00000 | 244,816 | 4,749,451 |
| 2049 | 69 | 252,160 | 1.00000 | 252,160 | 5,001,611 |
| 2050 | 70 | 259,725 | 1.00000 | 259,725 | 5,261,336 |
| 2051 | 71 | 267,517 | 1.00000 | 267,517 | 5,528,853 |
| 2052 | 72 | 275,543 | 1.00000 | 275,543 | 5,804,396 |
| 2053 | 73 | 283,809 | 1.00000 | 283,809 | 6,088,205 |
| 2054 | 74 | 292,323 | 1.00000 | 292,323 | 6,380,528 |
| 2055 | 75 | 301,093 | 1.00000 | 301,093 | 6,681,621 |
| 2056 | 76 | 310,126 | 1.00000 | 310,126 | 6,991,747 |
| 2057 | 77 | 319,430 | 1.00000 | 319,430 | 7,311,177 |
| 2058 | 78 | 329,013 | 1.00000 | 329,013 | 7,640,190 |
| 2059 | 79 | 338,883 | 1.00000 | 338,883 | 7,979,073 |
| 2060 | 80 | 349,049 | 1.00000 | 349,049 | 8,328,122 |
| 2061 | 81 | 359,520 | 1.00000 | 359,520 | 8,687,642 |
| 2062 | 82 | 302,332 | 1.00000 | 302,332 | $8,989,974 |

ERIKA ZAK                                  $8,989,974

Exhibit F - Plf's Opp to Defts' MIL 6

Table 15R

PRESENT VALUE OF FUTURE EMPLOYEE BENEFITS - XXXX
2020 - 2062

| YEAR | AGE | EMPLOYEE BENEFITS | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------------------|-----------------|---------------|----------|
| **** | *** | ******** | ******** | ********** | ********** |
| 2020 | 40 | $4,363 | 1.00000 | $4,363 | $4,363 |
| 2021 | 41 | 26,892 | 1.00000 | 26,892 | 31,255 |
| 2022 | 42 | 27,699 | 1.00000 | 27,699 | 58,954 |
| 2023 | 43 | 28,530 | 1.00000 | 28,530 | 87,484 |
| 2024 | 44 | 29,386 | 1.00000 | 29,386 | 116,870 |
| 2025 | 45 | 30,267 | 1.00000 | 30,267 | 147,137 |
| 2026 | 46 | 31,175 | 1.00000 | 31,175 | 178,312 |
| 2027 | 47 | 32,111 | 1.00000 | 32,111 | 210,423 |
| 2028 | 48 | 33,074 | 1.00000 | 33,074 | 243,497 |
| 2029 | 49 | 34,066 | 1.00000 | 34,066 | 277,563 |
| 2030 | 50 | 35,088 | 1.00000 | 35,088 | 312,651 |
| 2031 | 51 | 36,141 | 1.00000 | 36,141 | 348,792 |
| 2032 | 52 | 37,225 | 1.00000 | 37,225 | 386,017 |
| 2033 | 53 | 38,342 | 1.00000 | 38,342 | 424,359 |
| 2034 | 54 | 39,492 | 1.00000 | 39,492 | 463,851 |
| 2035 | 55 | 40,677 | 1.00000 | 40,677 | 504,528 |
| 2036 | 56 | 41,897 | 1.00000 | 41,897 | 546,425 |
| 2037 | 57 | 43,154 | 1.00000 | 43,154 | 589,579 |
| 2038 | 58 | 44,449 | 1.00000 | 44,449 | 634,028 |
| 2039 | 59 | 45,782 | 1.00000 | 45,782 | 679,810 |
| 2040 | 60 | 47,155 | 1.00000 | 47,155 | 726,965 |
| 2041 | 61 | 48,570 | 1.00000 | 48,570 | 775,535 |
| 2042 | 62 | 50,027 | 1.00000 | 50,027 | 825,562 |
| 2043 | 63 | 51,528 | 1.00000 | 51,528 | 877,090 |
| 2044 | 64 | 53,074 | 1.00000 | 53,074 | 930,164 |
| 2045 | 65 | 54,666 | 1.00000 | 54,666 | 984,830 |
| 2046 | 66 | 56,306 | 1.00000 | 56,306 | 1,041,136 |
| 2047 | 67 | 57,995 | 1.00000 | 57,995 | 1,099,131 |
| 2048 | 68 | 59,735 | 1.00000 | 59,735 | 1,158,866 |
| 2049 | 69 | 61,527 | 1.00000 | 61,527 | 1,220,393 |
| 2050 | 70 | 63,373 | 1.00000 | 63,373 | 1,283,766 |
| 2051 | 71 | 65,274 | 1.00000 | 65,274 | 1,349,040 |
| 2052 | 72 | 67,232 | 1.00000 | 67,232 | 1,416,272 |
| 2053 | 73 | 69,249 | 1.00000 | 69,249 | 1,485,521 |
| 2054 | 74 | 71,327 | 1.00000 | 71,327 | 1,556,848 |
| 2055 | 75 | 73,467 | 1.00000 | 73,467 | 1,630,315 |
| 2056 | 76 | 75,671 | 1.00000 | 75,671 | 1,705,986 |
| 2057 | 77 | 77,941 | 1.00000 | 77,941 | 1,783,927 |
| 2058 | 78 | 80,279 | 1.00000 | 80,279 | 1,864,206 |
| 2059 | 79 | 82,687 | 1.00000 | 82,687 | 1,946,893 |
| 2060 | 80 | 85,168 | 1.00000 | 85,168 | 2,032,061 |
| 2061 | 81 | 87,723 | 1.00000 | 87,723 | 2,119,784 |
| 2062 | 82 | 73,769 | 1.00000 | 73,769 | $2,193,553 |

ERIKA ZAK                                    $2,193,553

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Exhibit F - Plf's Opp to Defts' MIL 6

Table 16R

PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION - XXXX
2020 - 2062

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------------|-----------------|---------------|----------|
| **** | *** | *********** | ******** | *********** | *********** |
| 2020 | 40 | -$3,426 | 1.00000 | -$3,426 | -$3,426 |
| 2021 | 41 | -21,117 | 1.00000 | -21,117 | -24,543 |
| 2022 | 42 | -21,750 | 1.00000 | -21,750 | -46,293 |
| 2023 | 43 | -22,403 | 1.00000 | -22,403 | -68,696 |
| 2024 | 44 | -23,075 | 1.00000 | -23,075 | -91,771 |
| 2025 | 45 | -23,767 | 1.00000 | -23,767 | -115,538 |
| 2026 | 46 | -24,480 | 1.00000 | -24,480 | -140,018 |
| 2027 | 47 | -25,215 | 1.00000 | -25,215 | -165,233 |
| 2028 | 48 | -25,971 | 1.00000 | -25,971 | -191,204 |
| 2029 | 49 | -26,750 | 1.00000 | -26,750 | -217,954 |
| 2030 | 50 | -27,553 | 1.00000 | -27,553 | -245,507 |
| 2031 | 51 | -28,379 | 1.00000 | -28,379 | -273,886 |
| 2032 | 52 | -29,231 | 1.00000 | -29,231 | -303,117 |
| 2033 | 53 | -30,108 | 1.00000 | -30,108 | -333,225 |
| 2034 | 54 | -31,011 | 1.00000 | -31,011 | -364,236 |
| 2035 | 55 | -31,941 | 1.00000 | -31,941 | -396,177 |
| 2036 | 56 | -32,899 | 1.00000 | -32,899 | -429,076 |
| 2037 | 57 | -43,561 | 1.00000 | -43,561 | -472,637 |
| 2038 | 58 | -44,867 | 1.00000 | -44,867 | -517,504 |
| 2039 | 59 | -46,214 | 1.00000 | -46,214 | -563,718 |
| 2040 | 60 | -47,600 | 1.00000 | -47,600 | -611,318 |
| 2041 | 61 | -49,028 | 1.00000 | -49,028 | -660,346 |
| 2042 | 62 | -50,499 | 1.00000 | -50,499 | -710,845 |
| 2043 | 63 | -52,014 | 1.00000 | -52,014 | -762,859 |
| 2044 | 64 | -53,574 | 1.00000 | -53,574 | -816,433 |
| 2045 | 65 | -55,181 | 1.00000 | -55,181 | -871,614 |
| 2046 | 66 | -56,837 | 1.00000 | -56,837 | -928,451 |
| 2047 | 67 | -58,542 | 1.00000 | -58,542 | -986,993 |
| 2048 | 68 | -60,298 | 1.00000 | -60,298 | -1,047,291 |
| 2049 | 69 | -62,107 | 1.00000 | -62,107 | -1,109,398 |
| 2050 | 70 | -63,970 | 1.00000 | -63,970 | -1,173,368 |
| 2051 | 71 | -65,889 | 1.00000 | -65,889 | -1,239,257 |
| 2052 | 72 | -67,866 | 1.00000 | -67,866 | -1,307,123 |
| 2053 | 73 | -69,902 | 1.00000 | -69,902 | -1,377,025 |
| 2054 | 74 | -71,999 | 1.00000 | -71,999 | -1,449,024 |
| 2055 | 75 | -74,159 | 1.00000 | -74,159 | -1,523,183 |
| 2056 | 76 | -76,384 | 1.00000 | -76,384 | -1,599,567 |
| 2057 | 77 | -78,676 | 1.00000 | -78,676 | -1,678,243 |
| 2058 | 78 | -81,036 | 1.00000 | -81,036 | -1,759,279 |
| 2059 | 79 | -83,467 | 1.00000 | -83,467 | -1,842,746 |
| 2060 | 80 | -85,971 | 1.00000 | -85,971 | -1,928,717 |
| 2061 | 81 | -88,550 | 1.00000 | -88,550 | -2,017,267 |
| 2062 | 82 | -74,464 | 1.00000 | -74,464 | -$2,091,731 |

ERIKA ZAK                                        -$2,091,731

Table 17R

PRESENT VALUE OF FUTURE WAGE AND BENEFIT LOSS - XXXX
2020 - 2062

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|---------------------|-------|----------|
| **** | *** | ********** | ********** | *********** | ********** | ********** |
| 2020 | 40 | $17,883 | $4,363 | -$3,426 | $18,820 | $18,820 |
| 2021 | 41 | 110,214 | 26,892 | -21,117 | 115,989 | 134,809 |
| 2022 | 42 | 113,520 | 27,699 | -21,750 | 119,469 | 254,278 |
| 2023 | 43 | 116,926 | 28,530 | -22,403 | 123,053 | 377,331 |
| 2024 | 44 | 120,434 | 29,386 | -23,075 | 126,745 | 504,076 |
| 2025 | 45 | 124,047 | 30,267 | -23,767 | 130,547 | 634,623 |
| 2026 | 46 | 127,768 | 31,175 | -24,480 | 134,463 | 769,086 |
| 2027 | 47 | 131,601 | 32,111 | -25,215 | 138,497 | 907,583 |
| 2028 | 48 | 135,549 | 33,074 | -25,971 | 142,652 | 1,050,235 |
| 2029 | 49 | 139,615 | 34,066 | -26,750 | 146,931 | 1,197,166 |
| 2030 | 50 | 143,803 | 35,088 | -27,553 | 151,338 | 1,348,504 |
| 2031 | 51 | 148,117 | 36,141 | -28,379 | 155,879 | 1,504,383 |
| 2032 | 52 | 152,561 | 37,225 | -29,231 | 160,555 | 1,664,938 |
| 2033 | 53 | 157,138 | 38,342 | -30,108 | 165,372 | 1,830,310 |
| 2034 | 54 | 161,852 | 39,492 | -31,011 | 170,333 | 2,000,643 |
| 2035 | 55 | 166,708 | 40,677 | -31,941 | 175,444 | 2,176,087 |
| 2036 | 56 | 171,709 | 41,897 | -32,899 | 180,707 | 2,356,794 |
| 2037 | 57 | 176,860 | 43,154 | -43,561 | 176,453 | 2,533,247 |
| 2038 | 58 | 182,166 | 44,449 | -44,867 | 181,748 | 2,714,995 |
| 2039 | 59 | 187,631 | 45,782 | -46,214 | 187,199 | 2,902,194 |
| 2040 | 60 | 193,260 | 47,155 | -47,600 | 192,815 | 3,095,009 |
| 2041 | 61 | 199,058 | 48,570 | -49,028 | 198,600 | 3,293,609 |
| 2042 | 62 | 205,030 | 50,027 | -50,499 | 204,558 | 3,498,167 |
| 2043 | 63 | 211,181 | 51,528 | -52,014 | 210,695 | 3,708,862 |
| 2044 | 64 | 217,516 | 53,074 | -53,574 | 217,016 | 3,925,878 |
| 2045 | 65 | 224,041 | 54,666 | -55,181 | 223,526 | 4,149,404 |
| 2046 | 66 | 230,762 | 56,306 | -56,837 | 230,231 | 4,379,635 |
| 2047 | 67 | 237,685 | 57,995 | -58,542 | 237,138 | 4,616,773 |
| 2048 | 68 | 244,816 | 59,735 | -60,298 | 244,253 | 4,861,026 |
| 2049 | 69 | 252,160 | 61,527 | -62,107 | 251,580 | 5,112,606 |
| 2050 | 70 | 259,725 | 63,373 | -63,970 | 259,128 | 5,371,734 |
| 2051 | 71 | 267,517 | 65,274 | -65,889 | 266,902 | 5,638,636 |
| 2052 | 72 | 275,543 | 67,232 | -67,866 | 274,909 | 5,913,545 |
| 2053 | 73 | 283,809 | 69,249 | -69,902 | 283,156 | 6,196,701 |
| 2054 | 74 | 292,323 | 71,327 | -71,999 | 291,651 | 6,488,352 |
| 2055 | 75 | 301,093 | 73,467 | -74,159 | 300,401 | 6,788,753 |
| 2056 | 76 | 310,126 | 75,671 | -76,384 | 309,413 | 7,098,166 |
| 2057 | 77 | 319,430 | 77,941 | -78,676 | 318,695 | 7,416,861 |
| 2058 | 78 | 329,013 | 80,279 | -81,036 | 328,256 | 7,745,117 |
| 2059 | 79 | 338,883 | 82,687 | -83,467 | 338,103 | 8,083,220 |
| 2060 | 80 | 349,049 | 85,168 | -85,971 | 348,246 | 8,431,466 |
| 2061 | 81 | 359,520 | 87,723 | -88,550 | 358,693 | 8,790,159 |
| 2062 | 82 | 302,332 | 73,769 | -74,464 | 301,637 | 9,091,796 |
| ERIKA ZAK | | $8,989,974 | $2,193,553 | -$2,091,731 | $9,091,796 | |

SMITH ECONOMICS GROUP, LTD. 312/943-1551

Exhibit F - Plf's Opp to Defts' MIL 6

Table 18R

PRESENT VALUE OF NET WAGE AND BENEFIT LOSS - XXXX
2018 - 2062

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ********** | ********** | *********** | ********** | ********** |
| 2018 | 38 | $97,545 | $11,900 | $0 | $109,445 | $109,445 |
| 2019 | 39 | 89,225 | 7,247 | -6,136 | 90,336 | 199,781 |
| 2020 | 40 | 107,004 | 26,109 | -20,502 | 112,611 | 312,392 |
| 2021 | 41 | 110,214 | 26,892 | -21,117 | 115,989 | 428,381 |
| 2022 | 42 | 113,520 | 27,699 | -21,750 | 119,469 | 547,850 |
| 2023 | 43 | 116,926 | 28,530 | -22,403 | 123,053 | 670,903 |
| 2024 | 44 | 120,434 | 29,386 | -23,075 | 126,745 | 797,648 |
| 2025 | 45 | 124,047 | 30,267 | -23,767 | 130,547 | 928,195 |
| 2026 | 46 | 127,768 | 31,175 | -24,480 | 134,463 | 1,062,658 |
| 2027 | 47 | 131,601 | 32,111 | -25,215 | 138,497 | 1,201,155 |
| 2028 | 48 | 135,549 | 33,074 | -25,971 | 142,652 | 1,343,807 |
| 2029 | 49 | 139,615 | 34,066 | -26,750 | 146,931 | 1,490,738 |
| 2030 | 50 | 143,803 | 35,088 | -27,553 | 151,338 | 1,642,076 |
| 2031 | 51 | 148,117 | 36,141 | -28,379 | 155,879 | 1,797,955 |
| 2032 | 52 | 152,561 | 37,225 | -29,231 | 160,555 | 1,958,510 |
| 2033 | 53 | 157,138 | 38,342 | -30,108 | 165,372 | 2,123,882 |
| 2034 | 54 | 161,852 | 39,492 | -31,011 | 170,333 | 2,294,215 |
| 2035 | 55 | 166,708 | 40,677 | -31,941 | 175,444 | 2,469,659 |
| 2036 | 56 | 171,709 | 41,897 | -32,899 | 180,707 | 2,650,366 |
| 2037 | 57 | 176,860 | 43,154 | -43,561 | 176,453 | 2,826,819 |
| 2038 | 58 | 182,166 | 44,449 | -44,867 | 181,748 | 3,008,567 |
| 2039 | 59 | 187,631 | 45,782 | -46,214 | 187,199 | 3,195,766 |
| 2040 | 60 | 193,260 | 47,155 | -47,600 | 192,815 | 3,388,581 |
| 2041 | 61 | 199,058 | 48,570 | -49,028 | 198,600 | 3,587,181 |
| 2042 | 62 | 205,030 | 50,027 | -50,499 | 204,558 | 3,791,739 |
| 2043 | 63 | 211,181 | 51,528 | -52,014 | 210,695 | 4,002,434 |
| 2044 | 64 | 217,516 | 53,074 | -53,574 | 217,016 | 4,219,450 |
| 2045 | 65 | 224,041 | 54,666 | -55,181 | 223,526 | 4,442,976 |
| 2046 | 66 | 230,762 | 56,306 | -56,837 | 230,231 | 4,673,207 |
| 2047 | 67 | 237,685 | 57,995 | -58,542 | 237,138 | 4,910,345 |
| 2048 | 68 | 244,816 | 59,735 | -60,298 | 244,253 | 5,154,598 |
| 2049 | 69 | 252,160 | 61,527 | -62,107 | 251,580 | 5,406,178 |
| 2050 | 70 | 259,725 | 63,373 | -63,970 | 259,128 | 5,665,306 |
| 2051 | 71 | 267,517 | 65,274 | -65,889 | 266,902 | 5,932,208 |
| 2052 | 72 | 275,543 | 67,232 | -67,866 | 274,909 | 6,207,117 |
| 2053 | 73 | 283,809 | 69,249 | -69,902 | 283,156 | 6,490,273 |
| 2054 | 74 | 292,323 | 71,327 | -71,999 | 291,651 | 6,781,924 |
| 2055 | 75 | 301,093 | 73,467 | -74,159 | 300,401 | 7,082,325 |
| 2056 | 76 | 310,126 | 75,671 | -76,384 | 309,413 | 7,391,738 |
| 2057 | 77 | 319,430 | 77,941 | -78,676 | 318,695 | 7,710,433 |
| 2058 | 78 | 329,013 | 80,279 | -81,036 | 328,256 | 8,038,689 |
| 2059 | 79 | 338,883 | 82,687 | -83,467 | 338,103 | 8,376,792 |
| 2060 | 80 | 349,049 | 85,168 | -85,971 | 348,246 | 8,725,038 |
| 2061 | 81 | 359,520 | 87,723 | -88,550 | 358,693 | 9,083,731 |
| 2062 | 82 | 302,332 | 73,769 | -74,464 | 301,637 | $9,385,368 |
| ERIKA ZAK | | $9,265,865 | $2,234,446 | -$2,114,943 | $9,385,368 | |

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Exhibit F - Plf's Opp to Defts' MIL 6