UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SCOTT POWERS,
                             Plaintiff,

          -against-

MEMORIAL SLOAN KETTERING CANCER
CENTER, et al.,
                            Defendants.
------------------------------------------------------------- X

20 Civ. 2625 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on August 8, and August 18, 2022, the parties filed motions in limine, which will be addressed in a separate order.

    WHEREAS, on September 1, 2022, the parties filed joint requests to charge, joint voir dire and proposed verdict forms.

    WHEREAS, pursuant to the Court's March 28, 2022, Scheduling Order, the final pretrial order is due September 8, 2022; and the final pretrial conference is scheduled for September 22, 2022, at 3:00 p.m.

    WHEREAS, on September 7, 2022, Defendants filed a letter motion seeking to extend the time to file the final pretrial order.

    WHEREAS, the jury trial in this action is scheduled to begin on October 19, 2022. It is hereby

    **ORDERED** that the trial currently scheduled to begin on October 19, 2022, is **adjourned** and will now begin on ~~January 9, 2022,~~ **March 30, 2023**, **at 9:30 a.m**. Any party may file a letter not to exceed three pages stating any conflicts with the new trial date by **September 9, 2022**. It is further

    **ORDERED** that the deadline for the final pretrial order is extended to ~~September 15, 2022~~ **February 14, 2023**. It is further

**ORDERED** that the final pretrial conference scheduled for September 22, 2022, is adjourned to ~~December 20, 2022~~ **March 14, 2023**, at 2:30 P.M.  The conference will be held in person in Courtroom 1106 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 382.

Dated: September 13, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**