UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCOTT POWERS,

                             Plaintiff,            20 Civ. 2625 (LGS)

      -against-                               ORDER

MEMORIAL SLOAN KETTERING CANCER
CENTER, et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on November 21, 2022, Defendants filed a letter motion seeking leave to file a motion to deem certain pathology slides and photographs authenticated under Fed. Rule of Evidence 901. An Order issued on November 22, 2022, directed Plaintiff to file a response stating any objection to finding the referenced materials authenticated, provided Defendants filed affidavits regarding the authenticity of the slides. On November 29, 2022, Plaintiff filed a letter arguing that Defendants should have elicited authenticating testimony regarding these materials before discovery closed.

       WHEREAS, Plaintiff's arguments are unpersuasive. Plaintiff's letter does not articulate a basis for doubting the authenticity of the referenced materials, save a general statement of ignorance regarding the creation of the material. It is hereby

       **ORDERED** that by **December 9, 2022**, Defendants shall submit affidavits regarding the preparation of the referenced materials, the chain of custody, and any other information necessary to deem the materials authenticated. *See* Fed. R. of Evid. 901(b).

       It is the Court's practice to rule on the admissibility of exhibits to the extent possible prior to trial.

Dated: December 1, 2022
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE