
8/28/2019 5:29 PM - Interface, Results II (continued)

Specimen originated from Cleveland Clinic

Specimen #: S19-123485
Submitting Physician: KOJI HASHIMOTO, MD

FINAL DIAGNOSIS

1. Left paraaortic lymph node #1, excision (A)
- One lymph node, negative
for neoplasm (0/1).

2. Liver, biopsy (B) - Liver parenchyma with
no significant diagnostic
alteration, see comment.

3. Native liver, explant for transplantation
(C)  No residual
adenocarcinoma seen. See comment.
- Focal necrosis with associated
calcifications and fibrosis, consistent
with prior treatment effect.
- Cirrhosis with marked cholestasis, hepatic
artery and portal vein
thrombosis.
- Bile ducts with ulceration and reactive
changes, consistent with history
of biliary catheter.
- Negative surgical margins.
- No evidence of lymphovascular or perineural
invasion.

DSA/kr 08/27/2019

COMMENT
2. The overall hepatic architecture is
preserved. There is no evidence of
steatosis or cholestasis. Portal or lobular
inflammation is not seen. The
interlobular bile ducts and hepatic
vasculature are unremarkable. PAS/D
stain does not reveal alpha-1 antitrypsin
inclusions. The iron stain shows
increased iron deposition in Kupffer cells and
rare hepatocytes (1+ of 4+),
consistent with secondary iron overload. The
trichrome stain does not
reveal any fibrosis.

3. The sections demonstrate liver parenchyma
with nodular architecture

 CCF CLEVELAND CLINIC MAIN
9500 EUCLID AVE
CLEVELAND OH 44195-0001

Zak, Erika L
MRN: 86642569, DOB: ▮▮▮▮▮▮▮, Sex: F
Visit date: 8/22/2019

8/28/2019 5:29 PM - Interface, Results II (continued)

consistent with cirrhosis. Fibrous bands contain bile ductular
proliferation and mild chronic inflammatory infiltrates are noted. There is
extensive canalicular and hepatocellular cholestasis. Steatosis is not
seen. There is individual hepatocellular necrosis and dropout. Diffuse
ballooning degeneration or Mallory hyaline is not seen. Some of the
sections reveal evidence of partially recanalized hepatic artery and portal
veins thrombosis with occasional foci of complete obliteration of the
vascular lumen. The sections from the hilar region reveal bile duct with
mucosal ulceration and prominent granulation tissue, associated with the
history of a biliary catheter. There are some bile lakes with accompanying
inflammatory cells including multinucleated giant cells.  PAS/D stain does
not reveal alpha-1 antitrypsin inclusions. The iron stain is negative for
abnormal iron deposition.
The patient's history of colorectal cancer metastatic to the liver and
prior chemotherapy is noted. She also had a history of portal vein and
hepatic artery thrombosis.  The findings are consistent with end stage
liver disease (cirrhosis). Even though these findings are not specific,
could be associated with chemotherapy induced liver injury and superimposed
complications of cirrhosis.


Daniela S. Allende, M.D.
(Electronic Signature)

---

SPECIMEN SUBMITTED
A: LEFT PARA  AORTIC LYMPH NODE #1
B: LIVER, BIOPSY
C: NATIVE LIVER


CLINICAL DATA
CIRRHOSIS
RULE OUT CARCINOMA

INTRAOPERATIVE CONSULT DIAGNOSIS

 Cleveland Clinic | CCF CLEVELAND CLINIC MAIN / 9500 EUCLID AVE / CLEVELAND OH 44195-0001 | Zak, Erika L / MRN: 86642569, DOB: ▮, Sex: F / Visit date: 8/22/2019

8/28/2019 5:29 PM - Interface, Results II (continued)

FSA1: Negative for carcinoma. (Dr. Cruise)

Intraoperative diagnosis performed at
Cleveland Clinic, 9500 Euclid Ave,
Cleveland OH 44195

GROSS DESCRIPTION

A. Received fresh labeled as "paraaortic lymph
node #1" is one piece of
tan-brown lymph node tissue, measuring 1 x 0.7
x 0.7 cm. The specimen is
totally submitted for frozen section as FSA1.

JS/lbk 08/23/2019

Gross examination performed at Cleveland
Clinic, 9500 Euclid Ave.,
Cleveland, OH 44195

B. Received in formalin on Telfa gauze are two
segments of cylindrical
tissue aggregating to 2.3 x 0.1 x 0.1 cm,
brown-black and of a friable
consistency. Totally submitted in formalin in
one cassette.

Gross examination performed at Cleveland
Clinic, 9500 Euclid Avenue,
Cleveland, Ohio 44195

EMC 8/23/2019 12:52:54 PM

C. Received fresh designated "native liver" is
an entire liver with
attached segments of extrahepatic biliary tree
without gallbladder,
weighing 1940 grams and measuring 23 x 17 x 9
cm. The capsular surface is
ragged. The overall configuration of the liver
is slightly distorted due to
previous surgical excisions. On cross section,
the parenchyma is
green-brown and cirrhotic with a tan,
hemorrhagic and ill-defined nodule
that measures 1.1 x 1 x 1 cm. The nodule is
located in what grossly appears
to be segment 6, 0.2 cm from the capsular
surface and 11 cm from the hilum.
Also throughout the parenchyma are multiple
yellow slightly gelatinous and
ill-defined areas of irregularity with focal
areas of calcification that
range in size from 2 to 5 cm in greatest
dimension. Also at the hilum are

 

| | | |
|---|---|---|
| Cleveland Clinic | CCF CLEVELAND CLINIC MAIN<br>9500 EUCLID AVE<br>CLEVELAND OH 44195-0001 | Zak, Erika L<br>MRN: 86642569, DOB: ▉, Sex: F<br>Visit date: 8/22/2019 |

**8/28/2019 5:29 PM - Interface, Results II (continued)**

```
markedly firm areas of calcification.
Cirrhotic nodules range in size from
0.1 to 0.2 cm in greatest dimension. The
hepatic and portal veins are
patent. Intrahepatic bile ducts are prominent.
Representative sections are
submitted as follows: C1 hepatic duct, hepatic
artery and portal vein, C2
hepatic vein, C3-C4 entire nodule, C5-C8
representative yellow areas of
irregularity, C9 uninvolved liver parenchyma.

WE/glw 08/23/2019

Gross examination performed at Cleveland
Clinic, 9500 Euclid Ave.,
Cleveland, OH 44195


Patient ID #: 86642569
Date of Report: 8/28/2019
Date of Procedure: 8/22/2019
Date of Receipt: 8/22/2019
Submitted by: KOJI HASHIMOTO, MD
Location: HCA3
Diagnostic interpretation performed at
Cleveland Clinic, 9500 Euclid Ave,
Cleveland OH 44195.   CLIA Number: 36D0656094
```

### Lab and Collection
**SURGICAL PATHOLOGY - 8/22/2019**

### Order Information

| Collection Date | Collection Time | |
|---|---|---|
| 8/22/2019 | 12:00 AM | GENERAL LAB |

### Order Information

| Date and Time | Department | Ordering | Authorizing |
|---|---|---|---|
| 8/22/2019 12:00 AM | Cleveland Clinic Department | Interface, Results II | Koji Hashimoto |

### Order Providers

| Authorizing Provider | Encounter Provider |
|---|---|
| Koji Hashimoto | Koji Hashimoto |

**END OF REPORT**