# Betsy D. Baydala

| | |
|---|---|
| **From:** | "Betsy D. Baydala" |
| **Sent:** | Wednesday, October 14, 2020 9:24 PM |
| **To:** | 'Pantoja, Christopher' |
| **Cc:** | Taylor, Sheryl; Andrew S. Kaufman |
| **Subject:** | Powers (Zak) v. MSK - Pathology Slides |
| **Attachments:** | 10-14-20 Authorization for Inspection Executed.pdf; Letters of Administration.pdf; Death Certficiate.pdf |

Dear Chris,

Attached please find the authorization just received for the path re-cuts. Thank you.

Regards,

Betsy

Betsy D. Baydala   I   **KAUFMAN BORGEEST & RYAN LLP**
120 Broadway   I   New York, NY 10271
direct: 212.994.6538   I   fax: 212.980.9291
vcard   I   email   I   website