# CLEVELAND CLINIC FOUNDATION
## DEPARTMENT OF ANATOMIC PATHOLOGY/CYTOLOGY
### 9500 EUCLID AVENUE DESK L-25
### CLEVELAND, OHIO  44195-5138
### (216) 444-9461, opt #1

**LEGAL
RE-CUTS**

Patient Name    Zak, Erika              Date Sent:   11/3/2020

DOB       ████1980                S19-123485

Requestor:    Jamie Clemons

Slides Released By:   Michael Sheets

Slides Sent To:       CCF Law Department
                         3050 Science Park Drive
                         Beachwood, Ohio 44122

Phone            216-448-0200

        These are the only slides available from this case, or are the only sections that demonstrate diagnostically important features. These slides constitute an indispensable part of the patient's permanent medical record that must be maintained intact for medical-legal reasons. Please return all of the slides as soon as possible to the above listed address Thank You. Unstained slides may be retained.

        These are daughter blocks created from the patient's material for litigation purposes per your request on behalf of the patient. They may be retained for your files.

    X       These are recut slides of the originals provided for your request and may be retained for your files.

                                                11/3/2020

_____
CCF PATHOLOGIST AUTHORIZATION:

   Prohibition On Redisclosure: Various state and federal laws govern the disclosure and redisclosure of confidential records protected from disclosure by law. The enclosed information has been disclosed to you  from confidential records protected from disclosure by law. You shall make no further disclosure of these information without the specific written and informed authorization of the individual to whom it pertains and the Cleveland Clinic Foundation(or as otherwise permitted by law). A general authorization for the release of medical or other information may not be sufficient for the purpose of the release of these information. If applicable, federal confidentiality rules(42 CFR PART 2) restrict any us of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

DocuSign Envelope ID: 0B935671-469C-41CD-A63B-AF9630A855D6

# ORS 192.566 Authorization Form

A health care provider may use an authorization that contains the following provisions in accordance with ORS 192.559:

### AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

I authorize: <u>Cleveland Clinic</u> (Name of person/entity disclosing information) to use and disclose a copy of the specific health information described below regarding:

Erika Zak
_____
(Name of Individual)

consisting of (describe information to be used/disclosed):

> defense counsel to inspect the original pathology slides and/or obtain re-cuts by Cleveland Clinic of the pathology specimens from Ms. Zak's liver procedure on August 22, 2019.

to (name and address of recipient or recipients):

> Betsy Baydala
>
> Borgeest, & Ryan LLP, 120 Broadway, New York, NY 10271; (212) 994-6538

for the purpose of (describe each purpose of disclosure or indicate that the disclosure is at the request of the individual):

> Litigation

If the information to be disclosed contains any of the types of records or information listed below, additional laws relating to the use and disclosure of the information may apply. I understand and agree that this information will be disclosed if I place my initials in the applicable space next to the type of information.

_____ HIV/AIDS Information
_____ Mental Health Information
_____ Genetic testing information
_____ Drug/alcohol diagnosis, treatment, or referral information

I understand that the information used or disclosed pursuant to this authorization may be subject to redisclosure and no longer be protected under federal law. However, I also understand that federal or state law may restrict redisclosure of HIV/AIDS information, mental health information, genetic testing information and drug/alcohol diagnosis, treatment or referral information.

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH
1021 SW Fourth Avenue
Portland Oregon 97204

**In the Matter of the Estate of:**                    Case No: 20PB01603

Erika L Zak                                         **LETTERS OF ADMINISTRATION**

Deceased

**The court certifies that:**

No Will of Erika L Zak, deceased, has been proved.

Scott Powers has been appointed Personal Representative of the estate of the decedent with restrictions per court's order(s).

MAR   5 2020
_____            _____
Date                                Court Clerk (signature)


                                    JANICE MOSS
                                    _____
                                    Print Name

I certify that the Letters of Administration in this case are still in full force and effect and have not been revoked or set aside. I certify that this is a true, complete, and accurate copy of the original Letters of Administration filed in this case.

MAR   5 2020
_____            _____
Date                                Court Clerk (signature)


                                    JANICE MOSS
                                    _____
                                    Print Name

Ohio Department of Health
VITAL STATISTICS
**CERTIFICATE OF DEATH**

Primary Reg. Dist. No. 1801

Registrar's No. 1800-2019009417

State File No. 2019080326

**DECEDENT**

| 1 Decedent's Legal Name (First, Middle, Last, Suffix) (include AKA's if any) | 2 Sex | 3 Date of Death (Mo/Day/Year) |
|---|---|---|
| ERIKA L ZAK | FEMALE | AUGUST 23, 2019 |

| 4 Social Security Number | 5a. Age (Years) | 5b Under 1 Year Months / Days | 5c Under 1 day Hours / Minutes | 6 Date of Birth(Mo/Day/Year) | 7 Birthplace(City and State or Foreign Country) |
|---|---|---|---|---|---|
| REDACTED | 39 | | | 1980 | PORTLAND, OREGON |

| 8a. Residence State | 8b. County | 8c. City or Town |
|---|---|---|
| OREGON | MULTNOMAH | PORTLAND |

| 8d. Street Address and Zip Code | 9. Ever in US Armed Forces? |
|---|---|
| 3523 N E MULTNOMAH STREET  97232 | NO |

| 10. Marital Status at Time of Death | 11. Surviving Spouse's Name (If wife, give name prior to first marriage) |
|---|---|
| MARRIED | SCOTT POWERS |

| 12. Decedent's Education | 13. Decedent of Hispanic Origin | 14. Decedent's Race |
|---|---|---|
| BACHELORS DEGREE (E.G., BA, AB, BS) | NO | WHITE |

| 15. Father's Name | 16. Mother's Name (prior to first marriage) |
|---|---|
| STANLEY ZAK | KATHY GUNDLE |

| 17a. Informant's Name | 17b. Relationship to Decedent | 17c. Mailing Address (Street and Number, City, State, Zip Code) |
|---|---|---|
| SCOTT POWERS | HUSBAND | 3523 N E MULTNOMAH STREET PORTLAND, OREGON 97232 |

| 18a. Place of Death | | |
|---|---|---|
| HOSPITAL - INPATIENT | | |

| 18b. Facility Name (If not institution, give street and number) | 18c. City or Town, State and Zip Code | 18d. County of Death |
|---|---|---|
| CLEVELAND CLINIC FOUNDATION - H18 | CLEVELAND, OH 44195 | CUYAHOGA |

**DISPOSITION**

| 19. Funeral Service Licensee or Other Agent | 20 License Number (if license) | 21. Name and Complete Address of Funeral Facility |
|---|---|---|
| AARON A ESPOSITO | 009060 | MALLOY-ESPOSITO MEMORIAL 1575 WEST 117TH STREET CLEVELAND, OH 44107 |

| 22. Method and Place of Disposition |
|---|
| CREMATION - MALLOY MEMORIAL CREMATORY, CLEVELAND, OH |

| 23. Local Registrar | 24. Date Filed (Month/Day/Year) |
|---|---|
| ANDREA KACINARI | AUGUST 27, 2019 |

**CERTIFIER**

| 26a. Certifier (Check only one) | ☒ Certifying Physician - To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated |
|---|---|
| | ☐ Coroner or Medical Examiner- On the basis of examination and/or investigation, in my opinion, death occurred at of a time, date, and place, and due to the cause(s) and manner stated. |

| 26b. Time of Death | 26c. Date Pronounced Dead (Month/Year) | 26d. Was Case Referred to Medical Examiner or Coroner? |
|---|---|---|
| 02:03 | AUGUST 23, 2019 | NO |

| 26e. Certifier Name and Title | 26f. License Number | 26g. Date Signed (Month/Day/Year) |
|---|---|---|
| HASHIMOTO KOJI          MD | 35.092224 | AUGUST 26, 2019 |

| 27. Name and Address of Person who Completed Cause of Death |
|---|
| HASHIMOTO KOJI, 9500 EUCLID AVENUE, CLEVELAND, OH 44195 |

**CAUSE OF DEATH**

| 28. Part I   Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent black or blank ink. | | Approximate Interval Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a CARDIOPULMONARY FAILURE | 2 HRS |
| Sequentially list conditions, if any, leading to the immediate cause. | b Due to (or as Consequence of) HEMORRHAGIC SHOCK | 2 HRS |
| | c Due to (or as Consequence of) LIVER TRANSPLANTATION | 6 HRS |
| Enter Underlying Cause (Disease or Injury that initiated events resulting in a death) | d Due to (or as Consequence of) LIVER FAILURE DUE TO CANCER TREATMENT | 2 YRS |

| Part II  Other significant conditions contributing to death but not resulting in the underlying cause given in Part I | 29a. Was an Autopsy Performed? | 29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? |
|---|---|---|
| MULTIPLE LIVER METASTASIS FROM COLON CANCER | NO | NOT APPLICABLE |

| 30. Did Tobacco Use Contribute to Death? | 31. If Female, Pregnancy Status | 32. Manner of Death |
|---|---|---|
| UNKNOWN | NOT PREGNANT WITHIN LAST YEAR. | NATURAL |

| 33a. Date of Injury (Mo/Day/Year) | 33b. Time of Injury | 33c. Place of Injury (e.g. Decedent's home, construction site, restaurant, wooded area) | 33d. Injury at Work? |
|---|---|---|---|
| | | | |

| 33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State) |
|---|
| |

| 33f. Describe How Injury Occurred | 33g. If Transportation Injury, Specify |
|---|---|
| | |

HEA 2724   Rev. 08/14

*Andrea Kacinari*, Registrar

OCT 1 0 2019

*Andrea Kacinari*

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH