

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

March 24, 2021

ANDREW S. KAUFMAN
DIRECT: 212.994.6501
AKAUFMAN@KBRLAW.COM

<u>VIA FEDERAL EXPRESS WITH TRACKING</u>
Hendler Flores Law, PLLC
901 S. MoPac Expressway
Building 1, Suite #300
Austin, Texas 78746

Attention:   Scott Hendler

Re:   Powers v. Memorial Sloan Kettering Cancer Center, et al.
         KBR File No.  :                                           942.285

Dear Mr. Hendler:

We received recuts of Ms. Zak's pathology specimens maintained by the Cleveland Clinic. We received a total of 11 slides (S19-123485 A-1, B-1, and C1-C9) and refer you to the enclosures.

As per your request, we have enclosed the 11 slides of recuts and have transported them to your office via Federal Express with tracking. <u>Please confirm receipt of the slides</u>.

While the slides are in your possession they must remain protected and unaltered. Please return the 11 slides to my attention via Federal Express with tracking within 30 days of the completion of Dr. Theise's deposition. Please also notify me of the return mailing and tracking information. If the slides are not so returned or are altered in any manner, we will seek the appropriate judicial intervention and recourse.

Please do not hesitate to contact us if you have any questions or concerns.

Very truly yours,

*Andrew S. Kaufman*

Andrew S. Kaufman

Enclosures

cc:   Rebecca Webber – rwebber@hendlerlaw.com
        Laura Goettsche – lgoettsche@hendlerlaw.com

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA

7186326