**MEMORIAL HOSPITAL FOR CANCER & ALLIED DISEASES**
DEPARTMENT OF PATHOLOGY
1275 YORK AVENUE/ NEW YORK, NY 10065
TEL: (212) 639-5905   FAX: (646) 422-2070

# SURGICAL PATHOLOGY REPORT

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | ZAK, ERIKA | | **Accession #:** | S17-20576 |
| **Med. Rec. #:** | 35439910 | | Date of Procedure: | 4/10/2017 |
| DOB: | (Age: 37) | Location: .GI | Date of Receipt: | 4/10/2017 |
| Gender: | F | Service: Interventional Radio | Date of Report: | 4/11/2017 12:05 |
| Ref. Physician: | CONSTANTINOS T. SOFOCLEOUS,MD | | Account #: | 8453459343 |
| Patient Address: | 4472 SW HILLSIDE DR PORTLAND, OR  97221 | | Billing Type: | INPATIENT |
| | | | Additional Copy to: | Chhavi B. Kumar, M.D. |
| Ref. Source: | | | | |

## Clinical Diagnosis & History:
Colon, malignant neoplasm.   New recurrence in liver.   IMPACT.

## Specimens Submitted:
1:   Right liver

## DIAGNOSIS:

1. Right liver, biopsy:
   - Adenocarcinoma, moderately differentiated, morphologically compatible with colon primary in the appropriate clinical setting.

Note: This case has been reviewed to select the most suitable available material (Block 1_2GI) for molecular testing. Material will be submitted to Diagnostic Molecular Pathology Service. Please see separate DMP report for detailed results.

I ATTEST THAT THE ABOVE DIAGNOSIS IS BASED UPON MY PERSONAL EXAMINATION OF THE SLIDES (AND/OR OTHER MATERIAL), AND THAT I HAVE REVIEWED AND APPROVED THIS REPORT.

Jaclyn F. Hechtman, M.D./DXA
*** Report Electronically Signed Out ***   12:05

## Gross Description:

Harly Aldonzar, H.T.

1) The specimen is received in formalin, labeled "Right Liver", and consists of multiple fragments of tan soft tissue measuring from 0.1x0.1x0.1 cm to 0.6x0.1x0.1 cm.   The specimen is entirely submitted in two cassettes.

Summary of sections:
GI -- GI

## Summary of Sections:
Part 1:   Right liver

| Blocks | Block Designation | PCs |
|---|---|---|
| 2 | GI | 5 |

## Intraoperative Consultation: