

901 S. MoPac Expressway
Bldg. 1, Suite #300
Austin, Texas 78746
Tel: 512-439-3200 | Fax: 512-439-3201

December 19, 2022

<u>Sent Via ECF filing</u>
The Honorable Lorna G. Schofield
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

RE:   *Powers v. Memorial Sloan Kettering Cancer Center*, case no. 1:20-cv-02625-LGS;

**Joint letter regarding scheduling**

Dear Judge Schofield:

Pursuant to Rule IV.A.4 of your Honor's Individual Rules, the parties jointly submit this letter to request an interim status conference in the above-listed matter.

This action is scheduled to proceed to trial on March 30, 2023. (Doc. 388). The parties have encountered some scheduling issues and would respectfully request a pretrial status conference to discuss these issues with the Court.

Counsel for the parties have conferred and are available on Friday, December 23, 2022—if such a date is convenient with this Court.

Respectfully Submitted,

HENDLER FLORES LAW, PLLC              Kaufman Borgeest & Ryan LLP

*[signature]*                         *[signature]*

Scott M. Hendler – *Pro Hac Vice*     _____

*Attorney for Plaintiff*              *Attorney for Defendants*

By **December 22, 2022**, **at 5:00 P.M.,** the parties shall file a joint letter on ECF describing the referenced scheduling issues and stating what disputes exist in need of judicial resolution.  The letter shall further state whether there are urgent matters in need of immediate resolution.  The parties' request for a status conference on December 23 or a future date will be considered following the submission of this letter. So Ordered.

Dated: December 21, 2022
         New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**