

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

February 2, 2023

**Application GRANTED.** The parties shall file the final pretrial order by **February 28, 2023**. So Ordered.

Dated: February 3, 2023
New York, New York

<u>VIA ECF FILING ONLY</u>

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:     Powers v. Memorial Sloan Kettering Cancer Center, et al.
        <u>Docket No.    :                                 1:20-cv-02625</u>

Dear Judge Schofield:

The parties respectfully submit this joint letter motion to request a two-week extension to submit the final pretrial order.

### (1) Original Due Date

Pursuant to the Court's Order, the final pretrial order is due <u>February 14, 2023</u>. (Doc. 388). The parties request a two-week extension to <u>February 28, 2023</u>.

### (2) Number of Previous Requests

This is the second request for an extension of time for the final pretrial order. Defendants made the first request for an extension of time on September 7, 2022.

### (3) Whether Previous Requests Granted or Denied

The Court granted Defendants' first request for an extension of time to file the final pretrial order. (Doc. 384).

### (4) Whether Adversary Consents

The parties submit this request jointly.

### (5) Impact on Other Scheduled Dates

The requested adjournment does not affect any other scheduled dates.

NEW YORK                NEW JERSEY                CONNECTICUT                CALIFORNIA

8784453

Powers v. Memorial, et al.
Docket No.: 1:20-cv-02625
Page 2 of 2

### (6) Compelling Reasons for Request

On January 12, 2023, the Court ordered the parties to attempt in good faith to resolve this case prior to trial through an additional round of settlement discussions. (Doc. 400). In accordance with the Court's Order, the parties are attending mediation on February 20, 2023 and will provide a joint letter regarding the status of the mediation by February 22, 2023. (Doc. 402). Since the parties are diligently preparing for and focused on the upcoming mediation, we respectfully submit this is a compelling reason to grant the extension request so that, if the case does not resolve, the pretrial order is due nearly one week after the mediation.

We appreciate the Court's time and consideration to this request.


Respectfully submitted,

| **Hendler Flores Law, PLLC** | **Kaufman Borgeest Ryan LLP** |
|---|---|
| */s/ Laura Goettsche* | */s/ Betsy D. Baydala* |
| Laura Goettsche | Betsy D. Baydala |
| Counsel for Plaintiff | Counsel for Defendants |

KAUFMAN BORGEEST & RYAN LLP

2

8784453