```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   SCOTT POWERS,                                            :
                                        Plaintiff,          :
                                                            :        20 Civ. 2625 (LGS)
                    -against-                               :
                                                            :              ORDER
   MEMORIAL SLOAN KETTERING CANCER                          :
   CENTER, et al.,                                          :
                                        Defendants.         :
                                                            :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a final pre-trial conference is scheduled for March 14, 2023.

    WHEREAS, the Court has a practice of pre-admitting exhibits to the extent possible to conserve the parties' limited trial time and the jury's time and to avoid unnecessary procedural matters surrounding the admission of exhibits. The Court will not permit speaking objections or sidebars to deal with objections.

    WHEREAS, on March 8, 2023, the parties informed the Courtroom Deputy that the parties have disputes regarding the admissibility of around 400 exhibits. It is hereby

    **ORDERED** that the parties shall meet and confer in an effort resolve disputes over the admissibility of exhibits. The parties shall withdraw any exhibits that are barred by the Orders adjudicating the parties' motions in limine. The parties need not renumber the exhibits but may simply mark on the exhibit list that an exhibit has been withdrawn. It is further

    **ORDERED** that by **March 13, 2023**, the parties each shall file (1) a revised exhibit list of their own exhibits reflecting additional exhibits as to which there is no objection or that are withdrawn (with a courtesy copy in Excel format emailed to Chambers) and (2) a letter on ECF outlining the remaining areas of dispute as to their own exhibits. To facilitate judicial resolution,

each letter shall identify no more than five categories of exhibits and identify representative examples of each category.

Dated: March 9, 2023
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**