```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SCOTT POWERS,                                                 :
                                        Plaintiff,            :   20 Civ. 2625 (LGS)
                                                              :
                -against-                                     :   ORDER
                                                              :
MEMORIAL SLOAN KETTERING CANCER                               :
CENTER, et al.,                                               :
                                        Defendants.           X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the final pretrial conference is scheduled for March 14, 2023, at 2:30 P.M. Orders issued September 8, 2022, and September 13, 2022, stated that this conference would be held in person. On March 8, 2023, the Courtroom Deputy confirmed with the parties that the conference would be held in person. It is hereby

**ORDERED** that the final pretrial conference will be held remotely, due to expected inclement weather in the New York City area. Zoom credentials will be provided to the parties via email. Members of the press and the public may dial into the conference at the following line: 888-363-4749; access code 558-3333.

Dated: March 13, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE