UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SCOTT POWERS,
                                        Plaintiff,  :  20 Civ. 2625 (LGS)

              -against-  :  ORDER

MEMORIAL SLOAN KETTERING CANCER
CENTER, et al.,
                                        Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued March 21, 2023, scheduled an in-person conference for today, March 28, 2023, at 11:15 A.M. to discuss any remaining objections to the parties' demonstrative aids.  An Order issued March 27, 2023, directed the parties to file a joint letter informing the Court whether such conference is necessary and if so, outlining their respective positions on any remaining areas of dispute regarding demonstrative aids.  No such letter was filed.  It is hereby

      **ORDERED** that, due to illness, the conference will be telephonic and will take place today, **March 28, 2023, at 2:00 P.M.**  The parties shall call 888-363-4749; access code 558-3333.  The Court apologizes for the last-minute change.  The parties shall immediately inform the Court via email if the conference is still necessary and shall file a letter on ECF identifying, but not arguing, any remaining issues in need of judicial resolution in advance of the conference.

Dated: March 28, 2023
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE