UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SCOTT POWERS,
                                Plaintiff,

                        20 Civ. 2625 (LGS)

            -against-

                        ORDER

MEMORIAL SLOAN KETTERING CANCER
CENTER et al.,
                            Defendants,
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a jury has been empaneled and sworn in connection with an ongoing trial in the above matter.

      WHEREAS due to an unrelated court proceeding in another court that has attracted the physical presence of many members of the public in the areas immediately surrounding the Thurgood Marshall Courthouse, members of the jury have expressed concerns involving their safety.

      WHEREAS under these circumstances, this Court finds cause to provide the jury with lunch on April 4, 2023.  It is hereby

      **ORDERED** that the Clerk of the Court is directed to provide the jurors empaneled and sworn in the above matter with any necessary meals and refreshments on April 4, 2023.

Dated: April 4, 2023
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE