UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCOTT POWERS,

                            Plaintiff,          20 Civ. 2625 (LGS)

         -against-                    ORDER

MEMORIAL SLOAN KETTERING CANCER
CENTER, et al.,

                           Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on April 10, 2023, during jury deliberations following the close of the parties' cases at trial, the parties informed the Court they had reached a settlement in principle. It is hereby

    **ORDERED** that no later than **May 2, 2023**, the parties shall file a joint status letter stating whether this case may be dismissed and if not, stating what issues remain and, if necessary, presenting any issues in need of judicial resolution.

Dated: April 25, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE