UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SCOTT POWERS,
                                  Plaintiff,           20 Civ. 2625 (LGS)

           -against-                         ORDER

MEMORIAL SLOAN KETTERING CANCER
CENTER, et al.,
                                  Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on April 10, 2023, during jury deliberations following the close of the parties' cases at trial, the parties informed the Court they had reached a settlement in principle. On May 19, 2023, the parties filed status letter regarding the finalization of a settlement agreement. It is hereby

       **ORDERED** that no later than **June 9, 2023**, Plaintiff shall file his application for leave of the Court to dismiss this action, pursuant to Local Civil Rule 83.2.

       The parties are directed to Individual Rule I.D.5, which states "The Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish the Court to retain jurisdiction to enforce the agreement, the parties shall place the terms of the agreement on the public record." Due to the circumstances of this case, the parties may publicly file their settlement agreement with any dollar amounts redacted and shall file the unredacted version under seal.

Dated: May 22, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE