

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600    FAX: 212.980.9291    WWW.KBRLAW.COM

June 1, 2023

BETSY D. BAYDALA
DIRECT: 212.994.6538
BBAYDALA@KBRLAW.COM

VIA ECF FILING ONLY

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

Re:   Powers v. Memorial Sloan Kettering Cancer Center, et al.
      Docket No.   :                       1:20-cv-02625

Dear Judge Schofield:

Defendants respectfully submit this letter motion requesting an Order directing Plaintiff to file his application for leave of the Court to dismiss this action pursuant to Local Civil Rule 83.2 under seal given the confidential settlement reached.  See Doc. 491 (application due by June 9, 2023).

Plaintiff's counsel was provided with a copy of this letter motion and has no objections to same.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

/s/ Betsy D. Baydala

Betsy D. Baydala


cc:   via ECF filing

      Hendler Flores Law, PLLC
      1301 West 25th Street, Suite 400
      Austin, Texas 78705
      shendler@hendlerlaw.com
      lgoettsche@hendlerlaw.com


NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA

9063278