

**120 BROADWAY, NEW YORK, NY 10271**
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

June 1, 2023

BETSY D. BAYDALA
DIRECT: 212.994.6538
BBAYDALA@KBRLAW.COM

<u>VIA ECF FILING ONLY</u>

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application **GRANTED IN PART.**  In accordance with the Order issued May 22, 2023, due to the circumstances of this case, any reference to the dollar amounts of the parties' settlement agreement may be filed under seal.  However, Defendants' letter does not provide sufficient basis to conclude that Plaintiff's forthcoming application may be wholly filed under seal.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).  So Ordered.

Dated: June 2, 2023
New York, New York

Re:   Powers v. Memorial Sloan Kettering Cancer Center, et al.
       <u>Docket No.     :                                                       1:20-cv-02625</u>

Dear Judge Schofield:

Defendants respectfully submit this letter motion requesting an Order directing Plaintiff to file his application for leave of the Court to dismiss this action pursuant to Local Civil Rule 83.2 under seal given the confidential settlement reached.  <u>See</u> Doc. 491 (application due by June 9, 2023).

Plaintiff's counsel was provided with a copy of this letter motion and has no objections to same.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

/s/ Betsy D. Baydala

Betsy D. Baydala


cc:   <u>via ECF filing</u>

      Hendler Flores Law, PLLC
      1301 West 25th Street, Suite 400
      Austin, Texas 78705
      shendler@hendlerlaw.com
      lgoettsche@hendlerlaw.com

NEW YORK         NEW JERSEY         CONNECTICUT         CALIFORNIA

9063278