UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SCOTT POWERS,

                                Plaintiff,          20 Civ. 2625 (LGS)

          -against-                           ORDER

MEMORIAL SLOAN KETTERING CANCER
CENTER, et al.,

                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on July 21, 2023, Plaintiff a renewed motion for approval of a settlement agreement, pursuant to Local Civil Rule 83.2 (the "Motion").

       WHEREAS, on August 14, 2023, a conference was held to resolve outstanding issues. As discussed at the conference, it is hereby

       **ORDERED** that Plaintiff shall file (a) a revised form of settlement agreement and confidentiality agreement and (2) revised form of order(s) approving such agreements and Plaintiff's attorneys' fee by **August 22, 2023**. The filings may be under seal. Plaintiff shall email to the Chambers email address the proposed order(s) in Word format.

Dated: August 14, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE